IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.

UNITED STATES OF AMERICA,

v.

1. AUSTIN GARY COOPER,
2. MARTHA E. COOPER

        Defendants.

---

INFORMATION
18 U.S.C. § 401(3)

---

## COUNT 1

The United States Attorney charges that:

From on or about November 30, 2003 and continuing up to and including the date of this information, in Denver County, in the State and District of Colorado, defendants AUSTIN GARY COOPER and MARTHA E. COOPER did knowingly and willfully disobey and resist the lawful order, decree, and command of the United States District Court for the District of Colorado, in that AUSTIN GARY COOPER and MARTHA E. COOPER intentionally did not comply on or before November 30, 2003 through the date of this information, with a November 19, 2003 Permanent Injunction Order of a United States District Court Judge sitting in Denver, Colorado, which required:

> . . . that Defendants provide to the United States their complete customer list identifying the persons who have

>
> purchased (either directly from them or from their associates, distributors or related entities) their abusive tax plans, arrangements or programs[; and]. . .
>
> . . . that Defendants provide a copy of this Permanent Injunction Order by First Class Mail (or by e-mail, if an address is unknown) to all individuals who have previously purchased their abusive tax shelters, plans, arrangements or programs, including the expatriation/repatriation program[; and] . . .
>
> . . . Defendants and their representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with them, including their distributors: (1) to remove from their websites, including www.tbafoundation.com, www.tenfoundation.com, www.guardingtheten.com, and www.paral.org, all abusive tax scheme promotional materials, false commercial speech, and materials designed to incite others imminently to violate the law (including tax laws); (2) to display prominently on the first page of those websites a complete copy of this Permanent Injunction Order within 10 days of the date of this Order; and (3) to maintain the purged websites, with the Permanent Injunction Order prominently displayed, until such time as this Court orders otherwise. . . .

All in violation of Title 18, United States Code, Section 401(3).

                                      WILLIAM J. LEONE
                                      United States Attorney

                                      By: s/*Thomas M. O'Rourke*
                                      THOMAS M. O'ROURKE
                                      Assistant U.S. Attorney
                                      U.S. Attorney's Office
                                      1225 17th Street, Suite 700
                                      Denver, Colorado 80202
                                      Telephone: (303) 454-0209
                                      Fax: (303) 454-0402
                                      E-mail: thomas.o'rourke@usdoj.gov
                                      Attorney for the United States

                                      By: s/*Jared E. Dwyer*

2

JARED E. DWYER  
Trial Attorney  
U.S. Dept. of Justice  
Tax Division  
601 D Street, N.W.  
Washington, D.C. 20004  
Telephone: (202) 514-5189  
Fax: (202) 514-9623  
E-mail:  
jared.e.dwyer@usdoj.gov  
Attorney for the United States