(Rev. 04/05)                                                                  DATE:       5/24/2006

DEFENDANT:      (1)   Austin Gary Cooper

DOB:            (1)   1948

ADDRESS:        (1)   Baytown, TX 77520

COMPLAINT FILED?     _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _____ YES   __X__ NO

    IF NO, A NEW WARRANT IS REQUIRED

OFFENSE:        18 U.S.C. § 401(3) (criminal contempt)

LOCATION OF OFFENSE:  Denver, Colorado

PENALTY:  Imprisonment or fine, or both, in the discretion of the Court. United States will not request a term of imprisonment greater than six (6) months.

AGENT:    I.R.S. Special Agent Anthony Romero

AUTHORIZED BY:      Thomas M. O'Rourke
                    Assistant U.S. Attorney

                    Jared E. Dwyer
                    Trail Attorney, U.S. Dept. of Justice, Tax Div.

ESTIMATED TIME OF TRIAL:

__X__ five days or less      _____ over five days      _____ other

THE GOVERNMENT

_____ will seek detention in this case      __X__ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:      _____ Yes      __X__ No

1716998.1