(Rev. 04/05)                         <u>DATE</u>:    5/24/2006

<u>DEFENDANT</u>:     (1)     Martha E. Cooper

<u>DOB</u>:     (1)     1959

<u>ADDRESS</u>:     (1)     Baytown, TX 77520

<u>COMPLAINT FILED</u>?     \_\_\_\_ YES     \_X\_ NO

     IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____
     IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?    \_\_\_\_ YES     \_X\_ NO

     IF NO, A NEW WARRANT IS REQUIRED

<u>OFFENSE</u>:     18 U.S.C. § 401(3) (criminal contempt)

<u>LOCATION OF OFFENSE</u>:   Denver, Colorado

<u>PENALTY</u>:     Imprisonment or fine, or both, in the discretion of the Court. United States will not request a term of imprisonment greater than six (6) months.

<u>AGENT</u>:     I.R.S. Special Agent Anthony Romero

<u>AUTHORIZED BY</u>:     Thomas M. O'Rourke
                          Assistant U.S. Attorney

                          Jared E. Dwyer
                          Trial Attorney, U.S. Dept. of Justice

ESTIMATED TIME OF TRIAL:

\_X\_ five days or less     \_\_\_\_ over five days     \_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_\_\_ will seek detention in this case     \_X\_ will **not** seek detention in this case

The statutory presumption of detention **is** or **is not** applicable to this defendant. **(Circle one)**

OCDETF CASE:     \_\_\_\_ Yes     \_X\_ No

                                                                                             1716998.1