AO 83 (Rev 10/85)    Summons in a Criminal Case

# United States District Court

DISTRICT OF _____ COLORADO _____

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | |
| 1. AUSTIN GARY COOPER, <br> 2. MARTHA E. COOPER | CASE NUMBER 06-mj-01111 |

**TO:** MARTHA E. COOPER

**X YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date, and time set forth below.

| PLACE <br> U.S. Courthouse <br> 901 - 19th Street <br> Denver, Colorado | COURTROOM <br> A-105 |
|---|---|
| | DATE AND TIME <br> 6/13/06, 1:30 pm |
| BEFORE: | |

To answer a(n)

☐ INDICTMENT   X INFORMATION   ☐ COMPLAINT   ☐ VIOLATION NOTICE   ☐ PROBATION VIOLATION PETITION

PRIOR TO APPEARANCE IN COURT, REPORT AS FOLLOWS: U.S. Probation Investigation UNIT AT 9:00 A.M., 1929 Stout Street; U.S. Marshal at 10:00 a.m., 901 - 19th St., #300.

Brief description of offense:

Criminal Contempt of Court, 18 U.S.C. § 401(3)

_____  _____
Signature of Issuing Officer                    Date 5/24/06

GREGORY C. LANGHAM
Clerk, U.S. District Court

Name and Title of Issuing Officer          Date

## RETURN OF SERVICE

Service was made by me on:[1]

_____

Check one box below to indicate appropriate method of service

_____

Served personally upon the defendant at: _____

_____

Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom summons was left: _____

_____

Returned unexecuted: _____

_____
_____
_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: _____     _____
                Date                                      Name of United States Marshal

                                                     _____
                                                   (by) Deputy United States Marshal

REMARKS:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.