IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   1:06-MJ-01111-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    Austin Gary Cooper,
2.    Martha E. Cooper

       Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE BY THE GOVERNMENT**
_____

    Plaintiff United States of America (hereinafter "Government"), hereby gives notice that Trial Attorney Jared E. Dwyer enters his appearance in this matter.

        Respectfully submitted,

        WILLIAM   J. LEONE
        UNITED STATES ATTORNEY

        s/:   Jared E. Dwyer
        Jared E. Dwyer
        Trial Attorney
        U.S. Dept. of Justice, Tax Division
        601 D Street, NW
        Washington, DC 20004
        (202) 514-5189
        (202) 514-9623 (facsimile)
        E-Mail:
        Jared.e.dwyer@usdoj.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify on this 30th Day of May, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Thomas.ORourke@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name.

    s/:   Jared E. Dwyer
    Jared E. Dwyer
    Trial Attorney
    U.S. Dept. of Justice, Tax Division
    601 D Street, NW
    Washington, DC 20004
    (202) 514-5189
    (202) 514-9623 (facsimile)
    E-Mail:
    Jared.e.dwyer@usdoj.gov