IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**MICHAEL E. HEGARTY**

Courtroom Deputy: Nel Steffens               FTR: MEH PM
                                             Date: June 13, 2006
Case No.: 06-mj-01111

UNITED STATES OF AMERICA,                    Thomas O'Rourke

        Plaintiff,

vs.

1. AUSTIN GARY COOPER, (not present)        Without counsel
2. MARTHA E. COOPER, (not present)          Without counsel

        Defendants.

_____

### INITIAL APPEARANCE
_____

Court in session: 2:17 p.m.

Court calls case and appearances. Defendants were summoned but are not present.

Mr. O'Rourke confirms that defendants are not present; summons issued on May 24, 2006 to Martha Cooper was not served, summons issued on May 24, 2006 to Austin Cooper was properly served, but defendant failed to appear.

Mr. O'Rourke requests a new summons for defendant Martha Cooper and an arrest warrant for Austin Cooper.

**ORDERED:**
- Clerk of the Court shall issue another summons for defendant Martha E. Cooper and an arrest warrant for defendant Austin Cooper.
- Initial Appearance is continued until the appearance of each defendant.

Court in recess: 2:18 p.m.
Hearing concluded.
Hearing duration: 1 minute