Austin Gary Cooper and Martha Ellen Cooper
Without prejudice – c/o
1132 Main Street, 9100-230
Bandera, Texas [78003]

> For the Court of the District of the United States,
> which is located In the District of Colorado,
> Denver-Division.

Fictitious Account Number: 06-MJ-01111

Austin Gary Cooper a natural person, and Martha Ellen Cooper, a natural person, Accuser v. The corporate United States, the Department of Justice, Attorneys: Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Internal Revenue Service: Merchants - Merchant-Anthony Romero, Merchant-Jared E. Dwyer et al. Accused.

## Notice of Surety-Act and Bond

There appearing no bond of record to initiate the matter regarding this issue, and associated account(s), I, Austin Gary Cooper and Martha Ellen Cooper, undertake as follows: I, Austin Gary Cooper and Martha Ellen Cooper, Principal, sui juris, appearing specially not generally or voluntarily, do hereby declare in the presence of Father יהוה (Yahuah), with the knowledge that the corporations known as United States, the Department of Justice, Attorneys: Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Internal Revenue Service: Merchants - Merchant-Anthony Romero, Merchant-Jared E. Dwyer et al. Accused, along with its officers and agents in their natural person that are the officers and agents of the United States, the Department of Justice and the Internal Revenue Service, et al, are insolvent, see Uniform Commercial Code §1-201(23) and in Texas VTCA, Bus & C §1.201, and in capacity as beneficiary to the Original Jurisdiction do willingly undertake to act as surety, to pledge and provide private bond in the amount of twenty-one (21) Dollars in the money of account, gold and silver-Coin, to this action, shown physically to the Notary notarizing this document. It is hereby declared that this undertaking is in accordance with Article VII of the Bill of Rights of the Constitution for the United States of America. The Accused have instituted an alleged debt against me, which debt is greater than twenty (20) Dollars stipulated in Article VII supra, therefore, the value in controversy exceeds twenty (20) Dollars; thus, jurisdiction is claimed under the Common Law.

It is a fact that the corporate government creates a bond in all cases initiated by the first Affidavit

and/or investigation fraudulently making an obligor of the natural person served. The Bond is sold on the market for a profit. The Accused have initiated an action against me without substance or proving jurisdiction or authority in an attempt to make me an obligor for a bond to fraudulently entrap me. If you continue this action by addressing me using the proper format found in English-grammar of "Martha Ellen Cooper," or "Martha E. Cooper" or "M. E. Cooper" or, Martha Ellen" or the improper fictitious person format "MARTHA ELLEN COOPER" or "MARTHA E. COOPER" or "M E COOPER" or "COOPER MARTHA E" or any rendition thereof written in all capital letters, in an attempt to create a fraudulent debt or obligation you are guilty of committing a Tort in the Common Law against me; therefore, this is a case under the Common Law and not a statutory case. Since you attempted to trick me into granting jurisdiction over me by using a procedurally flawed "Subpoena" then your intent was to criminally violate my rights.

It is a fact that the corporate government creates a bond in all cases initiated by the first Affidavit and/or investigation fraudulently making an obligor of the natural person served. The Bond is sold on the market for a profit. The Accused have initiated an action against me without substance or proving jurisdiction or authority in an attempt to make me an obligor for a bond to fraudulently entrap me. If you continue this action by addressing me using the proper format found in English-grammar of "Austin Gary Cooper," or "Austin G. Cooper" or "A.G. Cooper" or, "Austin Cooper" or the improper fictitious person format "AUSTIN GARY COOPER " "COOPER" or "AUSTIN G. COOPER" or "A. G. COOPER" or "COOPER AUSTIN G." or any rendition thereof written in all capital letters, in an attempt to create a fraudulent debt or obligation you are guilty of committing a Tort in the Common Law against me; therefore, this is a case under the Common Law and not a statutory case. Since you attempted to trick me into granting jurisdiction over me by using a procedurally flawed "Subpoena" then your intent was to criminally violate my rights.

In consideration thereof that there has not been declared a bond of the lawful money of account, and in consideration thereof that I have suffered considerable injury and dishonor regarding this matter, and in consideration that the Accused are insolvent, I underwrite with my private exemption any and all obligations of performance/loss/costs sustained by the Accused thereof regarding said matter.

The life of this bond covers five (5) years form the date entered below unless the Accused enters a true bill of particulars and all related causes of action and/or an information with testamentary documentation substantiated with a "Waiver of Perjury Immunity", which sample of the Waiver is hereby sent to each of the Accused and which shall be notarized and the original forwarded back to me, that would give testimony into evidence in the case herein designated, in which case the life of the bond will be extended for a period of two (2) years after such documentation is presented stipulated under penalties of perjury.

Upon failure of response required under the three (3) day grace period under Truth in Lending, Regulation Z, to respond and rebut, point for point, this Notice of Surety-Act and Bond and accompanying "Commercial Affidavit of Facts" and "Complaint," from receipt, Uniform Commercial Code §1-204 and in Texas VTCA, Bus & C §1.204, unless an extension of time is presented in writing, the Accused is hereby collaterally estopped from any further adversarial actions against me, and for good cause not limited to the laws of collateral estoppel, coercion, fraud and want of subject-matter and personal jurisdiction the action against the natural person known as Martha Ellen Cooper is demanded to be vacated.

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 28th$^{st}$ day of _6_ mo. 2006 C.E.

(without prejudice)
Martha Ellen-Cooper

3 -
Austin Gary Cooper and Martha Ellen Cooper - Notice of Surety – Act and Bond – Page 3 of 5

Texas-State            :
Bandera -County        : asv
Bandera -City          :

Subscribed and sworn to before me this 28th day of __6__ mo. 2006 C.E.

My Commission Expires: __8-14-2008__   Notary Public _____

Seal

> AARON DANIEL BALES
> MY COMMISSION EXPIRES
> August 14, 2008

Without prejudice
_____
Austin Gary Cooper
Power of Authority of signature given to
wife, Martha Ellen Cooper.
   See attachment.

Texas-State            :
Bandera -County        : asv
Bandera -City          :

Subscribed and sworn to before me this 28th day of __6__ mo. 2006 C.E.

My Commission Expires: __8-14-2008__   Notary Public _____

Seal

> AARON DANIEL BALES
> MY COMMISSION EXPIRES
> August 14, 2008

### Certificate of Service and Interested Parties

I Hereby Certify that the foregoing "Notice of Surety-Act and Bond" was sent certified mail, return receipt requested on this the 28th day of  6  mo., 2006 C.E., to be filed into the account-number supra, to:

1.  Merchant-William J. Leone
    U. S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Cert mail-#  7003 0500 0004 8376 4438

2.  Merchant-Thomas M. O'Rourke
    U. S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Cert mail-#  7003 0500 0004 8376 4445

3.  Merchant-Jared E. Dwyer
    U. S. Department of Justice
    Tax Division
    601 D Street, N.W.
    Washinton D.C. 20044
    Cert mail-#  7003 0500 0004 8376 4452

4.  Merchant-Anthony Romero
    United States Department of Justice
    Tax Division
    P.O. Box 972 Ben Franklin Station
    Washington D.C. 20044
    Cert mail-#  7003 0500 0004 8376 4469

Without prejudice

*Martha Ellen Cooper*
Martha Ellen Cooper

Power of Authority
In the Nature of a "Power of Attorney"

    I, Austin Gary Cooper, being of sound mind and body do hereby grant to my wife, Martha E. Cooper, absolute power of authority over my business and/or personal dealings and affairs, including, but not limited to, endorsements of all checks, money-orders and bank-drafts.

_____
Austin Gary Cooper

Colorado-State     :
                     :    ss/asv
Larimer-County    :

    Subscribed and sworn to before me this 29th day of March 2004, C.E.

My Commission Expires: February 23, 2005     _____
                                                    Notary-Public

Seal 

    I, Martha E. Cooper, do hereby accept this power of authority in the nature of a "Power of Attorney."

_____
Martha E. Cooper

Colorado-State     :
                     :    ss/asv
Larimer-County    :

    Subscribed and sworn to before me this 1 day of April 2004, C.E.

My Commission Expires: 9-24-2007     _____
                                        Notary-Public

Seal

```
DAVID T. BARAN
NOTARY PUBLIC
STATE OF COLORADO
```
MY COMMISSION EXPIRES 9/24/2007

## Certificate of service

I, Martha Ellen Cooper, certify that 6-29-2006, I mailed, postage prepaid, a true and correct copy of the above and foregoing affidavit to: The United States-Attorney at: U.S. Attorney's Office, 1225 17th Street, Suite 700., Denver Colorado 80202

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 29th[st] day

of _6_ mo. 2006 C.E.

without prejudice
Martha Ellen Cooper

Texas-State      :
Bandera-County   : asv
Bandera-City     :

Subscribed and sworn to before me this 29th day of _6_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_ Notary Public

Seal 

Without prejudice
Austin Gary Cooper
Power of Authority of signature given to wife, Martha Ellen Cooper.
See Attachment.

Texas-State      :
Bandera-County   : asv
Bandera-City     :

Subscribed and sworn to before me this 29th day of _6_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_ Notary Public

Seal