To whom it may concern,  06-mj-01111

    I, Martha Ellen Cooper filing for Austin Gary Cooper, he who is being wrongfully held at the Central Texas Detention Facility, located at: 218 South Laredo Street., San Antonio, Texas 78207-4532 – Inmate Number: 10982050, state that the document in this pre-paid postage is the true and complete copy of the filing(s).

    Please disregard the previous filing(s), for there were errors in them.
I thank you for your cooperation.

Without prejudice,

_Martha Ellen Cooper_     6-29-06
Martha Ellen Cooper          Date

## Certificate of Service and Interested Parties

I Martha Ellen Cooper, hereby Certify that the foregoing "Notice of Surety-Act and Bond" was sent overnight mail, receipt rendered on this the 29th day of _____ mo., 2006 C.E., to be filed into the account-number supra, to:

1.  Merchant-William J. Leone
    U. S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Overnight mail-# _EQ 449297571 US_

2.  Merchant-Thomas M. O'Rourke
    U. S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Overnight mail-# _EQ 449297585 US_

3.  Merchant-Jared E. Dwyer
    U. S. Department of Justice
    Tax Division
    601 D Street, N.W.
    Washington D.C. 20044
    Overnight mail-# _EQ 449297599 US_

4.  Merchant-Anthony Romero
    United States Department of Justice
    Tax Division
    P.O. Box 972 Ben Franklin Station
    Washington D.C. 20044
    Overnight mail-# _EQ 449297608 US_

5.  Merchant-Gregory C. Langham
    U.S. Courthouse
    901 – 19th Street
    Denver, Colorado 80294-3589
    Overnight mail-# _EQ 449297625 US_

6.  Merchant-William G. Putnicki
    U.S. District Clerk's Office
    655 East Durango Blvd., Room G65
    San Antonio, Texas 78206
    Overnight mail-# _EQ 449297611 US_

7. Austin Gary Cooper
   Inmate #: 10982050
   Central Texas Detention Facility
   218 South Laredo Street
   San Antonio, Texas 78207-4532
   Overnight mail-# EQ 449297568US

Without prejudice

*Martha Ellen Cooper*
Martha Ellen Cooper