**For the Court in the District of the United States,**

**For the Western District of Texas/and Colorado**

**San Antonio-Division/and Denver Division**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2006

**GREGORY C. LANGHAM**

CLERK

THE UNITED STATES
A fiction

Vs.

AUSTIN GARY COOPER
MARTHA E. COOPER
A fiction

Alleged Case No.  06 mj-01111

**in restricted appearance**

Martha E. Cooper
    A living woman, a natural person, non-juristic, real party at interest

## Affidavit Of Truth
### Addendum

    Now comes Martha E. Cooper certifying that I received said "AFFIDAVIT OF TESTIMONY" from said Patrick Cody Morgan, Gary McDuff and James Cavazos on 7-7-06,  to add this addendum that saith thus:  This is the affidavit of three said witnesses who had first hand eye and ear testimony to the fact of said process in which victim, Austin Gary Cooper is being unlawfully held against his natural persons will on two separate dates and times, mainly the said "hearing" of the unlawful coerced living man, Austin Gary Cooper.

    I hereby add these "AFFIDAVIT OF TESTIMONY" (s) to said alleged Case No. 06-mj-01111 or the like.

## Certificate of service

## Of Addendum

    I, Martha Ellen Cooper, certify that on 7-7-2006 C.E., will send out postage paid to said,  "Certificates of Service and Interested Parties".

1

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 7th day of 7 mo. 2006 C.E.

without prejudice

_Martha E. Coo_

Martha Ellen Cooper
My above signature is also signing for
Austin Gary Cooper under the Power of
Authority, granted permission by him.

Texas-State                    :

_Bandera_ -County        : asv

_Bandera_ -City             :

Subscribed and sworn to before me this 7th day of _7_ mo. 2006 C.E.

My Commission Expires: _8-14-2008_     Notary Public

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

2

# AFFIDAVIT OF TESTIMONY

### Introductory Certification

Patrick Cody Morgan and Gary McDuff, the Undersigned Affiants, hereinafter "Affiants," does hereby solemnly swear, declare, and state as follows:

1. Affiants are competent to state the matters set forth herewith.
2. Affiants have personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Affiants' best firsthand knowledge and understanding, and if called upon to testify as witnesses Affiants' shall so state.

### Plain Statement of Facts

4. On July 3rd, 2006, Patrick Cody Morgan and Gary McDuff attended the identity hearing for Austin Gary Cooper at the United States District Court in San Antonio, Texas. Austin Gary Cooper was held in shackles at the defendant's table when District Magistrate Mathy appeared in the courtroom.
5. At Approximately 9:28am, Patrick Cody Morgan approached Mr. Cooper and asked him if he had received the overnight documents mailed by Martha Ellen Cooper on Friday, June 30th, 2006. Mr. Cooper said he had not received any mail. Mr. Morgan opened his portfolio to hand Mr. Cooper a copy of the documents. At that time Patrick Cody Morgan was approached by a United States Marshall sitting next to Mr. Cooper and told he could not speak with the prisoner. The Marshall then told Mr. Cooper he was to turn around and look towards the front of the courtroom.
6. At approximately 9:30am, Magistrate Mathy heard the initial remarks of the Assistant U.S. attorney, Judith Patton. Upon the conclusion of Ms. Patton's initial remarks, the Magistrate asked Mr. Cooper did he wish to speak. Mr. Cooper informed the Magistrate he was kidnapped by the United States Marshall's for the last five days and held in solitary confinement without access to the law library. Mr. Cooper informed the Judge he was held under duress, without prejudice, inpropria personam. Mr. Cooper informed the Magistrate he was firing the public defender assigned by the court. Mr. Cooper informed the Magistrate he was accepting her Oath of Office and Public Bond for the record and accepting the contract between Austin Gary Cooper and United States Magistrate Mathy. Magistrate Mathy informed Mr. Cooper he would have time to speak after the Prosecutor entered her opening remarks.

~~Magistrate Primomo informed Mr. Romero he did not have to answer that~~
question.

8. During the proceedings, Mr. Cooper stated he was not the person named in the
   information presented to the court by Mr. Anthony Romero. Mr. Cooper stated
   his birth name was not spelled in all case letters.

9. During the proceedings Mr. Cooper stated the court had provided no evidence that
   he was in fact the AUSTIN GARY COOPER named in the information and the
   government had provided no evidence supporting their claim of identity.

10. Patrick Cody Morgan and Gary McDuff hereby state under oath that Austin Gary
    Cooper does not spell his name in all caps and always signs his name to
    documents in the following manner: Austin Gary Cooper.

## Verification

Affiants' issues this Affidavit of Fact with sincere intent, that Affiants' are competent to
state the matters set forth herein, that the contents are true, correct, complete, and certain,
admissible as evidence, and reasonable and just in accordance with Affiants' best
firsthand knowledge and understanding.

Exodus 20:15; 16

Further Affiant Saith Naught.

This Affidavit of Fact is dated the Sixth Day of the Seventh Month in the Year of our
Lord Two Thousand Six.

Patrick Cody Morgan
Without Prejudice
c/o 3005 Rowan Burton
Alvin Texas [77511]

Gary McDuff
Without Prejudice
c/o 1314 Minchen Drive
Deer Park, Texas [77536]

THE STATE OF TEXAS
COUNTY OF HARRIS

    This instrument was acknowledged before me on the 6th day of June, 2006, by Patrick Cody Morgan.

_____
NOTARY PUBLIC

TAMI L CHURCH
My Commission Expires
March 29, 2009

THE STATE OF TEXAS
COUNTY OF HARRIS

This instrument was acknowledged before me on the 6th day of June,
2006, by Gary McDuff .

_____
NOTARY PUBLIC

TAMI L CHURCH
My Commission Expires
March 29, 2009

# AFFIDAVIT OF TESTIMONY

## Introductory Certification

Patrick Cody Morgan and James Cavazos, the Undersigned Affiants, hereinafter "Affiants," does hereby solemnly swear, declare, and state as follows:

1. Affiants are competent to state the matters set forth herewith.
2. Affiants have personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with Affiants' best firsthand knowledge and understanding, and if called upon to testify as witnesses Affiants' shall so state.

## Plain Statement of Facts

4. On Wednesday, June 28th,2006 Patrick Cody Morgan was notified by Martha Ellen Cooper of the arrest of her husband, Austin Gary Cooper by the Bandera Sheriffs Department and Bandera Police Department, on the morning of June 28th, 2006.

5. On June 29th, 2006, Patrick Cody Morgan notified Gary McDuff via telephone of the arrest of Austin Gary Cooper.

6. On June 29th, 2006, Patrick Cody Morgan spoke with Martha Ellen Cooper concerning the filing of documents into the case file for Austin Gary Cooper in the United States District Court in San Antonio and the United States District Court in Colorado. Mrs. Cooper asked Patrick Cody Morgan to drive to San Antonio and meet with Austin Gary Cooper at the Geo Group Central Texas Detention facility at 218 South Laredo Street, San Antonio, Texas 78207.

7. On June 30th, 2006, Patrick Cody Morgan and James Cavazos drove to San Antonio, Texas to meet with Austin Gary Cooper. Patrick Cody Morgan and James Cavazos had in their possession the following documents for Austin Gary Cooper to sign:  Austin Gary Cooper Personal Surety Bond, Affidavit of Austin Gary Cooper and Affidavit of Martha Ellen Cooper.

8. Patrick Cody Morgan and James Cavazos arrived at the Geo Group Central Texas Detention facility at around 12:30pm.  Upon arrival Patrick Cody Morgan and James Cavazos were told before they could meet with Austin Gary Cooper to have documents signed, they would have to speak with Mr. Michael Proctor, Assistant Warden. Patrick Cody Morgan and James Cavazos were told Mr. Proctor would be available in one hour and to return at 1:30pm.

9. On June 30th, 2006 at 1:30pm, Patrick Cody Morgan and James Cavazos met with Mr. Michael Proctor and informed him they held documents for Austin Gary Cooper to sign that needed to be filed with the United States District Court Clerk before Mr. Cooper's hearing on Monday, July 3rd, 2006. Mr. Proctor informed us that without permission from the United States Marshall's office in San Antonio, he would be unable to allow us to visit Mr. Cooper. We asked if we could call the United States Marshall's office and gain permission while in the presence of Mr. Proctor, he agreed. Mr. Cavazos initiated a telephone call to United States

States Marshall Bates was not in the office but United States Marshall's Deputy Phillips answered the call. Deputy Phillips informed Mr. Cavazos that Austin Gary Cooper was not to receive any visitors except the attorney who was assigned to his case. Mr. Cavazos informed Deputy Phillips that Mr. Cooper was representing himself and we were there in the capacity as assistance of counsel as per the sixth amendment to the Constitution for the United States. Mr. Cavazos informed Deputy Phillips that Patrick Cody Morgan and himself were in possession of documents that were imperative to Mr. Cooper's identity hearing on Monday, July 3rd, 2006. Deputy Phillips once again informed Mr. Cavazos that Mr. Cooper was not to receive any visitors other then the attorney assigned to his case.

## Verification

Affiant issues this Affidavit of Fact with sincere intent, that Affiant is competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just in accordance with Affiant's best firsthand knowledge and understanding.

Exodus 20:15: 16

Further Affiant Saith Naught.

This Affidavit of Fact is dated the Seventh Day of the Seventh Month in the Year of our Lord Two Thousand Six.

Without prejudice

Patrick Cody Morgan
Without prejudice
c/o 3005 Rowan Burton
Alvin Texas [77511]

Without prejudice

James Cavazos
Without prejudice
c/o 3400 Ocee # 1107
Houston, Texas [77063]

THE STATE OF TEXAS
COUNTY OF HARRIS

    This instrument was acknowledged before me on the _7th_ day of _June_ .
2006, by _Patrick Coby Morgan_ .

_[signature]_
NOTARY PUBLIC

TAMI L CHURCH
My Commission Expires
March 29, 2009

THE STATE OF TEXAS
COUNTY OF HARRIS

This instrument was acknowledged before me on the _7th_ day of _June_,
2006, by _James Cavazos_ .

_____
NOTARY PUBLIC

TAMI L CHURCH
My Commission Expires
March 29, 2009

**Certificate of Service and Interested Parties**

I Martha Ellen Cooper, hereby Certify that the foregoing affidavit was sent overnight mail,

receipt rendered on this the 7th day of ___7___ mo., 2006 C.E., to be filed into the said account/case-

number, to:


1.   Merchant-William J. Leone
     U. S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Cert. mail-#____7004 1160 0005 5150 5376

2.   Merchant-Thomas M. O'Rourke
     U. S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, Colorado 80202
     Cert. mail-#____7004 1160 0005 5150 5383

3.   Merchant-Jared E. Dwyer
     U. S. Department of Justice
     Tax Division
     601 D Street, N.W.
     Washington D.C. 20044
     Cert. mail-#____7004 1160 0005 5150 5390

4.   Merchant-Anthony Romero
     United States Department of Justice
     Tax Division
     P.O. Box 972 Ben Franklin Station
     Washington D.C. 20044
     Cert. mail-#____7004 1160 0005 5190 5406

5.   Merchant-Gregory C. Langham
     U.S. Courthouse
     901 – 19th Street
     Denver, Colorado 80294-3589
     Overnight mail-#____ED 70198/992 US

6.   Merchant-William G. Putnicki
     U.S. District Clerk's Office
     655 East Durango Blvd., Room G65
     San Antonio, Texas 78206
     Overnight mail-#____ED 70198 2009 US

1

7.   Austin Gary Cooper
     Inmate #: 10982050
     Central Texas Detention Facility
     218 South Laredo Street
     San Antonio, Texas 78207-4532
     Overnight mail-#_____ ED 70198/989 US_____

8.   Colorado Supreme Court
     Attorney Registration
     Dominion Plaza Building
     600 17th Street, Suite 205-South
     Denver, Co 80202
     Cert. Mail #_____ 7004 1160 0005 5190 5413

9.   Merchant-Judge Boyd N. Boland
     U.S. Courthouse
     901-19th Street Rm A-401
     Denver, Colorado, 80294-3589
     Overnight Mail#_____ EQ 70198/975 US_____

10.  Merchant-Magistrate Pamela A. Mathy
     U.S. Courthouse
     655 East Durango Blvd.
     San Antonio, Texas 78206
     Cert. Mail #_____ 7004 1160 0005 5190 5420

11.  Governor Bill Owens
     136 State Capitol
     Denver, Colorado 80203-1792
     Cert. Mail #_____ 7004 1160 0005 5190 5437

12.  Chief Justice Mary Mullarky
     Chief Justice of the Supreme Tribunal
     435 Judicial Building
     Denver, Co 80203
     Cert. Mail #_____ 7004 1160 0005 5190 5444

13.  Governor Rick Perry
     Governor Building
     P.O. Box 13246
     Austin Texas 78701
     Cert. Mail #_____ 7004 1160 0005 5190 5451

14.  Sheriff Wilden Tucker
     12 Pecan Street
     Bandera, Texas 78003
     Cert. Mail #_____ 7004 1160 0005 5190 5468

2

Without prejudice

Martha Ellen Cooper

**For the Court in the District of the United States,**

**For the Western District of Texas/and Colorado**

**San Antonio-Division/and Denver Division**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 10 2006

GREGORY C. LANGHAM
CLERK

THE UNITED STATES
　　　A fiction

Vs.

AUSTIN GARY COOPER
MARTHA E. COOPER
　　　A fiction

Alleged Case No.  06 mj-01111

**in restricted appearance**

Martha E. Cooper
　　　A living woman, a natural person, non-juristic, real party at interest

---

**<u>Affidavit Of Truth</u>**

I, Martha E. Cooper, also in voice/writ for my husband, Austin Gary Cooper do hereby state the following:

　　1) I am competent to make statements as to the matters set forth herein
　　2) I am of the age of majority
　　3) I have first hand personal knowledge of the facts set forth herein
　　4) That I have stated the following truthfully and to the best of my ability.
　　5) This affidavit is made in accordance with FRCP 9(a).
　　6) An affidavit, unless rebutted, stands as the truth.

1.  I, am a woman, on the Land, appearing as Martha E. Cooper;   I am making a restricted appearance, appearing specially, at arms length and not generally in this matter.

2.  I am neutral in the public.   I am a woman and I do not appear in the public.  My name is spelled under Common Law is, Martha E. Cooper and/or Martha Ellen Cooper. See inserted attachment. Any other spelling of my name, such as but not limited to: MARTHA E. COOPER or any derivation thereof spelled in all capital letters, is not me, but rather is a corporation/trust and I deny having any connection/liability to any such corporation/trust.   I and my husband are Non assumpsit.   My husband Austin Gary Cooper has claimed his right under these laws as well and was denied his unreliable rights under the Heavenly Father Yahuah our Elohim and his right as an American Citizen under the Common Law and Constitution for the United States. For the U.S., and not "of" belonging to.  See Court cases below as added in this documentation.

Affidavit of Truth – Page 1 of 14

### Why these Fictitious Names?

http://www.ecclesia.org/

Is the spelling and usage of a proper name defined officially by the U.S. government? Yes! The United States Government Printing Office in their *Style Manual, March 1984 edition*, provides comprehensive grammar, style and usage for all government publications, including court and legal writing.

**Chapter 3, Capitalization**, prescribes rules for proper names:

§ 3.2: "Proper names are capitalized... [Examples given are] Rome, Brussels, John Macadam, Macadam family, Italy, Anglo-Saxon."

At **Chapter 17, Courtwork**, the rules of capitalization, as mentioned in Chapter 3, are further reiterated: § 17.1: "Courtwork differs in style from other work *only* as set forth in this section; otherwise the style prescribed in the preceding sections will be followed."

In section 17, there are no other references that would change the grammatical rules and styles specified in Chapter 3 pertaining to capitalization. At section 17.9, this same official U.S. government manual states:

§ 17.9: "In the titles of cases the first letter of all principal words are capitalized, but not such terms as *defendant* and *appellee*."

Section 17.12 is also consistent with the aforementioned section 17.9 specification that all proper names are to be spelled starting with capital letters, and the balance of each spelled with lower case letters.

From the above, we have established that courts <u>are</u> required to abide by the standard rule of law governing the use of English grammar and the correct capitalization of proper names.

The following court cases also evidence this truth.

"The parties to a suit must be specifically mentioned (Com. Dig. Pleader, C. 18), and actions to be properly brought must be commenced and prosecuted in the <u>proper Christian</u> and surnames of the parties." <u>Seely vs. Schenck and Denise</u>, <u>Crandell vs. Denny</u> & Co, 1 Penn., Rep. 75. <u>Tomlinson vs. Berke</u> et al (5 Haisl. Rep. 295). Oregon Supreme Court Record, Book No. 1, 1844-1845, page 58.

"The object of the description of persons in all legal proceedings is to <u>identify</u> them, or to designate their office or the character in which they are to be viewed [perceived] in the proceeding. All persons are presumed to have what is called a Christian or given name, and for the purpose of identifying parties, it is a primary rule in practice and pleading, that the <u>full Christian name</u> and surname should be given at length, unless averred to be unknown. Under our criminal code, as well as the old practice in this State, the <u>Christian name</u> of the defendant, if known, must be set out <u>in full</u> in the indictment or information." <u>Gardner v. The State</u>, 4 Indiana 632; Bricknell Criminal Practice, 84.

"If the <u>Christian name</u> be wholly mistaken, this is regularly <u>fatal to all legal instruments</u>...and the reason is, because it is <u>repugnant to the Christian religion</u>, that there should be a Christian

3  Myself and Austin Gary Cooper were criminally harassed with criminal and fraudulent papers to try to get jurisdiction by said Anthony Romero who did not willfully or otherwise deliver proper and lawful proceedings in this said matter and I formerly charge him with criminal fraud, using the post office to inject these fraudulent papers.

Affidavit of Truth – page 2 of 14

TITLE 18 > PART I > CHAPTER 63 > § 1342

§ 1342. Fictitious name or address

Whoever, for the purpose of conducting, promoting, or carrying on by means of the Postal Service, any scheme or device mentioned in section 1341 of this title or any other unlawful business, uses or assumes, or requests to be addressed by, any fictitious, false, or assumed title, name, or address or name other than his own proper name, or takes or receives from any post office or authorized depository of mail matter, any letter, postal card, package, or other mail matter addressed to any such fictitious, false, or assumed title, name, or address, or name other than his own proper name, shall be fined under this title or imprisoned not more than five years, or both.

Merchant Anthony Romero is hereby quilty of charge of fictitious, false and assumed title along with his co-hort, if there be any who drew up the said "summons".


Proof with inserts of said Certificate of Birth of Austin Gary Cooper and Martha Ellen Cooper, below of true identity as on its face. Notice the Common Law of these said names to be the identity of us, the harassed.

**STATE OF FLORIDA**

### OFFICE of VITAL STATISTICS
CERTIFIED COPY

State Board of Health
Bureau of Vital Statistics

## CERTIFICATE OF BIRTH
### FLORIDA

State File No. **48805**
Registrar's No. **7961**

VOID IF ALTERED OR ERASED

1. PLACE OF BIRTH:
(a) County **Dade**   District No. **23**
(b) Precinct No.
(Write name; not number)
(c) City or Town **Opa Locka**   City or Town No. **23-XX**

Name of hospital or institution: **North Dade Hospital**
(If not in hospital or institution, give street number or location)

2. USUAL RESIDENCE OF MOTHER:
(a) State **Florida**
(b) County **Dade**
(c) City or Town **Rural**
(If outside city or town limits, write RURAL)
(d) Street No. **3277 NW 100th St**
(If rural, give location)

Mother's stay before delivery:
In hospital or institution **4·15** In this community **10 mo.**
(Specify whether years, months or days)

3. FULL NAME OF CHILD **Austin Gary Cooper**

4. Date of birth **Nov. 2 1948**
(month) (day) (year)
5. Sex **M**
6. Twin or Triplet   If so, born 1st. 2nd or 3rd
7. Number months of pregnancy **9**
8. Legitimate? **Yes**

**FATHER OF CHILD**

9. Full name **Austin Cooper**
10. Color or race **W**   11. Age at time of this birth **26** yrs.
12. Birthplace **Meggs Georgia**
(City, town or county) (State or foreign country)
13. Usual occupation **Electrician**
14. Industry or business **Southeastern Utilities**

**MOTHER OF CHILD**

15. Full maiden name **Dorothy Lucille Stephens**
16. Color or race **W**   17. Age at time of this birth **25** yrs.
18. Birthplace **Hazelhurst Miss.**
(City, town or county) (State or foreign country)
19. Usual Occupation **Housewife**
20. Industry or business

21. Children born to this mother:
(a) How many OTHER children of this mother are now living? **0**
(b) How many OTHER children were born alive but now dead? **0**
(c) How many OTHER children were born dead? **0**

22. Mother's mailing address for registration notice:
**3277 NW 100th St.**
**Miami**
**Florida**

23. I hereby certify that I attended the birth of this child, who was **born alive** at ___ P. M. on the
(Born alive or stillborn)
date above stated' and that the information given was furnished by **Dorothy Cooper**
related to this child as **mother**

24. (Signed) **James O. Flana** M.D.
25. or (Signed) ___ Midwife
26. Address **3277 NW 3635 Miami Dade**
27. Filed **NOV 10 1948**   **· 16 Dato**
Local Registrar
M.D.

25. Given name added from a supplemental report ___
(Date of)
By ___

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

**FEB 2 6 1997**

*C. Marsh Briggs*
State Registrar

BY
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY WATERMARKED PAPER AND CONTAINS
SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.
THE DOCUMENT FACE CONTAINS A MULTI-COLORED BACKGROUND AND COLD EMBOSSED SEAL. THE BACK
CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.
**8569354**

HRS FORM 1564 (2-96).

HRS

**CERTIFICATION OF VITAL RECORD**

Affidavit of Truth – Page 4 of 14

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY of TULARE
### VISALIA, CALIFORNIA

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH

STATE FILE NUMBER: 5400    DISTRICT AND CERTIFICATE NUMBER: 1192

| | | |
|---|---|---|
| THIS CHILD | 1a. NAME OF CHILD — FIRST NAME: Martha | MIDDLE NAME: Ellen | LAST NAME: Goddard |
| | 2. SEX: Fe | 4. DATE OF BIRTH: May 7, 1959 | 6a. HOUR: 2:20 A M |
| PLACE OF BIRTH | 5a. PLACE OF BIRTH: Tulare District Hospital | STREET ADDRESS: 869 Cherry | |
| | 5c. CITY OR TOWN: Tulare | 5d. COUNTY: Tulare | |
| MOTHER OF CHILD | 6a. MAIDEN NAME OF MOTHER — FIRST NAME: Ella | LAST NAME: Southwick | COLOR OR RACE OF MOTHER: White |
| | 8. AGE OF MOTHER: 32 | 9. BIRTHPLACE: Poland | 10. MAILING ADDRESS OF MOTHER: Same |
| USUAL RESIDENCE OF MOTHER | 11a. USUAL RESIDENCE OF MOTHER: 503 Larkin | | |
| | 11c. CITY OR TOWN: Tulare | 11d. COUNTY: Tulare | 11e. STATE: Calif. |
| FATHER OF CHILD | 12a. NAME OF FATHER — FIRST NAME: James | MIDDLE NAME: Calvin | LAST NAME: Goddard | COLOR OR RACE OF FATHER: White |
| | 14. AGE OF FATHER: 33 | 15. BIRTHPLACE: Pennsylvania | 16. PRESENT OR LAST OCCUPATION: Teacher | KIND OF INDUSTRY OR BUSINESS: Junior Academy |
| INFORMANT'S CERTIFICATION | I HAVE REVIEWED THE ABOVE STATED INFORMATION AND HEREBY CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 5-8-59 | |
| ATTENDANT'S CERTIFICATION | I HEREBY CERTIFY THAT I ATTENDED THIS BIRTH AND THAT THE CHILD WAS BORN ALIVE AT THE HOUR, DATE AND PLACE STATED ABOVE. | M.D. | 20. DATE RECEIVED BY LOCAL REGISTRAR: MAY 1 3 1959 |
| REGISTRAR'S CERTIFICATION | 19. DATE ON WHICH NAME ADDED BY SUPPLEMENTAL NAME REPORT | M.O. | |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Tulare County Recorder.

GREGORY B. HARDCASTLE
ASSESSOR/CLERK-RECORDER
COUNTY OF TULARE

APR 2 6 2006
DATE ISSUED

*000254267*

This copy not valid unless prepared on an engraved border displaying date, seal and signature of the County Recorder.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE.

Affidavit – page 5 of 14

4  I am a woman, on the land, a lawful woman, capable of bearing an oath.  I am not U.S. citizen, nor a 14 amendment citizen, or a Washington D.C. citizen.  There is no evidence that I am a U.S. citizen, a 14 amendment citizen, a United States citizen, or a Washington D.C. citizen and I believe none exists.  All principals have been served to such.

5  I expressly deny any liability in the alleged case number 06-MJ-1111 or any numbers/letters thereabouts, before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO" (false conveyance of language – felony!), or in any other "U.S. COURT" (false conveyance of language), which are legal fictions operating in commerce for profit under limited liability insurance.  There is no evidence to the contrary and I believe none exists.  It is the same is writ that "The United States" is a fiction and not a living being, so it is impossible that this entity can come against me and my husband Austin Gary Cooper for no injured party can come from a non living entity.

6.  I expressly deny that there is an injured party in this alleged case and believe that none exists, considering the "U.S. Government" (false conveyance of language) is a fiction, so how can this fiction act as a living natural person?  Cannot act a such, so this is a farce and fraud.  See insert attached.

8. I expressly deny any liability to the I.R.S. and believe that no liability exists, nor do we grant them according to Title 12 permission to harass us.

9.  I expressly deny ever receiving any benefit privilege from the "court" in the instant matter, nor were there any instruction(s) upon our release from our being held hostage.  This trumped up charges of contempt are criminally induced and have only malice and forethought to corrupt the lives of good people, i.e. myself and Austin Gary Cooper.

10. I expressly deny being accountable for the errors and omission of the offeror of this alleged case and/or charges.  Again non assumpsit.

11. To the best of my knowledge, I expressly deny that there is any specific case and /or said "injunction" probation/parole or the like that exist against me and Austin Gary Cooper today.

§ 325          **INJUNCTIONS**         42 Am Jur 2d

with the exercise of the same discretion that it must exercise in granting or refusing injunctive relief in the first instance.[6] Its action is to be determined by the facts and circumstances in each particular case,[7] with a view to administering justice between the litigants.[8] The discretion thus exercised by the court is not an arbitrary one, but is a sound judicial discretion[9] which an appellate court will correct when clearly and palpably abused, but not otherwise.[10] The court, in determining the question whether an injunction should be dissolved, will also take into consideration the maxim that "he who seeks equity must do equity."[11]

### § 326. Grounds and occasions for relief.

In considering the propriety of continuing or dissolving an injunction, the court is largely governed by a desire to work out the equities between the parties.[12] An injunction should be dissolved where it is void, as where it is without due process of law,[13] or constitutes an unconstitutional prior restraint on speech and the press,[14] and a temporary injunction should be dissolved where there is no equity in the bill,[15] or where the complainant shows no right to maintain the suit.[16] If a bond is required as a prerequisite to the issuance of the injunction,[17] and is not furnished or is insufficient, the injunction may be

Coast Transp. Co. 28 Fla 387, 10 So 480; Macon & B. R. Co. v Gibson, 85 Ga 1, 11 SE 442; Beach v United States Fidelity & G. Co. 56 Idaho 255, 50 P2d 1079, 92 ALR 284; Thos. Cusack Co. v Myers, 189 Iowa 190, 178 NW 401, 10 ALR 1104; American Circular Loom Co. v Wilson, 198 Mass 182, 84 NE 133; Bowen v Hoskins, 45 Miss 183; Doughty v Somerville & E. R. Co. 7 NJ Eq 629; Tobacco Growers Co-op. Assn. v L. Harvey & Son Co. 189 NC 494, 127 SE 545, 47 ALR 928; Bristow v Carriger, 24 Okla 324, 103 P 596; Clark v Deadwood, 22 SD 233, 117 NW 131; Collins v Stanley, 15 Wyo 282, 88 P 620.

Upon dismissal of the bill for injunction, on the ground that there is a remedy at law, the court in its discretion may continue the injunction until the plaintiff has time to institute a suit at law. Hornburg v Baker (US) 1 Pet 232, 7 L Ed 125.

**5.** Lake Erie & W. R. Co. v Young, 135 Ind 426, 35 NE 177; Ladner v Siegel, 298 Pa 487, 148 A 699, 68 ALR 1172; Webster v Douglas County, 102 Wis 181, 77 NW 885, 78 NW 451.

**6.** §§ 24, 25, supra.

**7.** Sontag Chain Stores Co. v Superior Court of Los Angeles County, 18 Cal 2d 92, 113 P2d 689; Bristow v Carriger, 24 Okla 324, 103 P 596.

**8.** Sontag Chain Stores Co. v Superior Court of Los Angeles County, 18 Cal 2d 92, 113 P2d 689; Bowen v Hoskins, 45 Miss 183.

**9.** Young v Grundy (US) 6 Cranch 51, 3 L Ed 149; Tobin v Mills (CA4 SC) 192 F2d 133, cert den 343 US 933, 96 L Ed 1342, 72 S Ct 769; Clark v Deadwood, 22 SD 233, 1128

117 NW 131; Collins v Stanley, 15 Wyo 282, 88 P 620.

**10.** § 353, infra.

**11.** Morgan v Schermerhorn (NY) 1 Paige 544.

**12.** Riter v Gross Point, 223 Ill 230, 79 NE 27.

**13.** Pocahontas Coke Co. v Powhatan Coal & Coke Co. 60 W Va 508, 56 SE 264.

**14.** Crosby v Bradstreet Co. (CA2 NY) 312 F2d 483, cert den 373 US 911, 10 L Ed 2d 412, 83 S Ct 1300. In this case, the defendant, later known as "Dun and Bradstreet," printed a credit report stating that plaintiff and his brother had been found guilty of mail fraud. Plaintiff had in fact been found not guilty, and his said defendant for libel and for an injunction; and by consent defendant paid plaintiff $500 and stipulated for a decree that defendant would refrain from issuing or publishing any report concerning plaintiff and his brother. Many years later plaintiff moved that the injunction be nullified, on the ground that he was engaged in business and that the absence of any credit rating by Dun and Bradstreet made it difficult for him to obtain credit. The trial court denied the motion, but the Court of Appeals reversed and ordered that the injunction be nullified because it constituted a prior restraint against a publication.

**15.** Riter v Gross Point, 223 Ill 230, 79 NE 27; Pocahontas Coke Co. v Powhatan Coal & Coke Co. 60 W Va 508, 56 SE 264.

**16.** Burlington, C. R. & N. R. Co. v Dey, 82 Iowa 512, 48 NW 98; Merrimon v Southern Paving & Constr. Co. 142 NC 539, 55 SE 366; Angers v Sabatinelli, 235 Wis 422, 293 SW 173, 128 ALR 1491.

**17.** §§ 310 et seq., supra.

---

42 Am Jur 2d

dissolved.[18] But when … of the court, the inju bond is not a proper bo

On application to … sideration to the fact t injunction is continued tinuance is refused.[1]

The court will not matters that have alr change in the facts or On the other hand, a of the terms of an inj obtaining at the time of

### § 327. Continuance or

A temporary restrai only until a hearing is for an injunction pende such hearing an injunc temporary restraining o functus officio.[5] In dis exercises a sound judic into consideration the r sufficient ground appea application for a prelim ing.[6] Alleged duplicity

**18.** Speyrer v Miller, 108 524.

**19.** Luchini v Police Jury, So 68.

**20.** Indian River S. B. Co Transp. Co. 28 Fla 387, 10 S v Tipton, 161 Iowa 223, 142 N v Somerville & E. R. Co. 7

**1.** Puckette v Hicks, 39 La 801; Hartingh v Bay Circuit J 289, 142 NW 885; McBraye: NC (7 Ired Eq) 1 (wherein in the text was applied on mo an injunction granted to restr of gold mines claimed by the

**2.** System Federation No. 91 ployes' Dept. v Wright, 364 L 2d 349, 81 S Ct 368.

**3.** Practice Aids.—Motion temporary restraining order, & Pk Forms, Injunctions, 11:313.1, 11:313.2.

— Order postponing hearing for temporary injunction and straining order—defendant not notice. 11 Am Jur Pl & Pk Fr TIONS, Form 11:317.

— Order continuing tempor order until final hearing. 11 Pk Forms, Injunctions, Fr

---

Section 302. Validity of injunction. "The validity of an injunction depends largely upon whether the court issuing it has jurisdiction of the subject matter and the parties. 3. Re Sawyer, 124 US 200, 31 L Ed 402, 8 S Ct 482; O'Brien v People, 216 ILL 354, 75 NE 108; Savage v Sternberg, 19 Wash 679, 54 P 611.

13. I expressly deny that the "court" has jurisdiction over me, and never has the living woman, and my husband Austin Gary Cooper; I do not nor have we ever grant the "court" jurisdiction in this matter. Further, I squarely challenge the issue of jurisdiction being claimed by the prosecution in this alleged case and demand that they clearly and specifically show precisely where, how and what law it is that they believe grants the "court" with jurisdiction in alleged case Number 06-MJ-01111 and/or 06-1111-BNB before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO" or, in any "U.S. COURT" in this matter, as I shown that none exists.

14. In  44 U.S.C. Section 3512 of the Act, titled "Public Protection," it says that no natural person shall be subject to any penalty for failing to comply with an agency's collection of information request (such as a 1040 form), if the request does not display a valid control number assigned by the Office of Management and Budget (OMB) *in accordance with the requirements of the Act*, or if the agency fails to inform the person who is to respond to the collection of information that he is not required to respond to the collection of information request unless it displays a valid control number.  Thus the OMB is not even in writ, making the said "summons" invalid and void.

15. Summons according to Black's Law 5th Edition: "Instrument used to commence a civil action or special proceeding and is a means of acquiring jurisdiction over a party.  In re Dell, 56 Misc.2d 1017, 290 N.Y.S.2d 287, 289."   Therefore said "summons" is fraudulent, using the means of trickery, that the word "criminal" is used with said word summons.

16. There was no judicial officer (judge's) signature or seal on said "summons", and my name presented in all Capitols is false conveyance of language, thereby making my husband's arrest, Austin Gary Cooper and detainment fraudulent and criminally unlawful. "Ignorance of the Law is no excuse."

17. Further a "summons" is attempting to create a civil case in which this said document is trying to criminally usurp a "criminal case".

---

17. Rules of Federal Criminal Procedure:

Rule 4. Arrest Warrant or Summons on a Complaint

(a) Issuance.

If the complaint or one or more affidavits filed with the complaint establish probable cause to believe that an offense has been committed and that the defendant committed it, the judge must issue an arrest warrant to an officer authorized to execute it. At the request of an attorney for the government, the judge must issue a summons, instead of a warrant, to a person authorized to serve it. A judge may issue more than one warrant or summons on the same complaint. If a defendant fails to appear in response to a summons, a judge may, and upon request of an attorney for the government must, issue a warrant.

Affidavit of Truth – page 8 of 14

(b) Form.

(1) *Warrant.*

A warrant must:

(A) contain the defendant's name or, if it is unknown, a name or description by which the defendant can be identified with reasonable certainty;

(B) describe the offense charged in the complaint;

(C) command that the defendant be arrested and brought without unnecessary delay before a magistrate judge or, if none is reasonably available, before a state or local judicial officer; and

(D) be signed by a judge.

Since such proceedings never existed, especially a judge's name and signature and seal, then the said "summons" is void on its face.

18.  Willfully and criminally holding Austin Gary Cooper's mail from him to criminally keep him from his due process of law.

_____

TITLE 18 > PART I > CHAPTER 63 > § 1341

§ 1341. Frauds and swindles

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such

counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

Affidavit of Truth – page 9 of 14



USPS Track & Confirm                    http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

**UNITED STATES**
**POSTAL SERVICE**₀

Home | Help | Sign In

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: EQ29 1022 511U S
Status: Delivered

Your item was delivered at 10:03 am on June 30, 2006 in SAN
ANTONIO, TX 78207. The item was signed for by M PALACIO.

Additional Details >      Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]  Go >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for
**Proof of Delivery**

**UNITED STATES**
**POSTAL SERVICE**

***** WELCOME TO *****
BANDERA MAIN POST OFFICE
BANDERA, TX  78003-9025
06/29/06 12:53PM

Store  USPS          Trans#     9
Wkstn  sys5001       Cashier  QN2BFO
Cashier's Name    Sam
Stock Unit Id     SAM
PO Phone Number   830-796-4111
USPS #         4879830003

1. Exp,(F.R.) PO-ADD        14.40
   Destination:   78207
   Weight:        4.50 oz.
   Postage Type:  PVI
   Total Cost:    14.40
   Base Rate:     14.40
   Label#:
   EQ291022511US

Subtotal                    14.40
Total                       14.40

Cash                        20.00
Change Due
   Cash                      5.60

Number of Items Sold: 1

   Thank you for your business
Commitment to delivering service

of 1



In so doing, et al is hereby conspirators in tampering with a human being, Austin Gary Cooper's mail and the due process of any semblance of law, declaring your criminal intent and maliciousness and is hereby a federal offense.

19.  Merchant Anthony Romero harassed the said lady, Elizabeth at the "mail box" store, 1132 Main Street, Bandera Texas 78003, to have her become his process server.  He then criminally stalked her by phone to intimidate her to "get the job done."  Is this hearsay, as when Merchant Anthony Romero committed perjury on the stand last 7-03-06 making his claim without any evidence?  This statement is hereby the truth and not hearsay.

20.  In so doing, el all is charged with kidnapping of my husband Austin Gary Cooper and the conspiracy to kidnap of me on and or after said July 11, 2006 from said Sheriff's and Bandera Police and the "acceptable" practice of terrorism from Merchant-Judge/magistrate Pamela A. Mathy.

21.  I also hereby charge Judge/magistrate Pamela A. Mathy,  et al, of conspiracy of kidnapping in accordance to Title 18 Chapter 55 USC Sec. 1201.

_____

Expcite   Title 18 – Crimes and criminal procedure

Part 1 – Crimes  (a) "Whoever unlawfully seizes, confines, inveigles, decoys, otherwise any person, except in the case of minor by the parent thereof,.."

22. Proof of release from said alleged "Injunction Case" number: Civil Action-No.03-B-1127 (PAC)

| NOTICE TO CHECK RECIPIENT | | TREASURY-FINANCIAL MANAGEMENT SERVICE   TFS FORM 5090(Rev.) | | |
|---|---|---|---|---|
| VENDOR NAME:  AUSTIN COOPER | | VENDOR I.D. NUMBER:   I10982050 | | |
| AGENCY NAME AND BILLING ADDRESS:  DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC   20530 | | U.S. TREASURY REG. FINANCIAL CENTER:   AUSTIN, TEXAS | | |
| | | CHECK NUMBER | CHECK AMOUNT | CHECK DATE |
| | | 2221-20018192 | $*****67.68 | 11-17-04 |
| 54030314Release-Treas Chk 10982050, COOPER, AUSTIN | | | AGENCY SCHEDULE NUMBER 0005S01116 | |
| FOR INFO CALL 202-307-3052 | | | AGENCY TELEPHONE NUMBER 202-307-3052 | |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

23.   Therefore the said "contempt of injunction" is fraudulent and criminally trying to be usurped being that there has been absolutely any "Due process of law or constitutes any unconstitutational prior restraint on speech or the press."   The said "permanate injunction" is hereby fraudulent on its face as well, for it did not seek to exhaust all its remedies in holding Austin Gary and myself as kidnapped natural beings against our will, as it was in writ that "it is premature to release the Coopers since they have not requested to be released" is of ludicrously criminal serge of Merchant-judge Lewis T. Babcock, et al.

24.   Merchant-Lewis T. Babcock stated that there is no Constitution in Colorado many times, making the corporation of the "U.S." a treasonous fictitious entity by which he and the et al criminals at large are up holding.

Colorado-Constitution in Article II, Bill of rights
Section 1. Vestment of political power.
All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.

In America, we have a government *"of the people, by the people, and for the people,"* in which the people are <u>above</u> the government in authority, <u>under Elohim/God</u>. The people have formed a contract that binds and limits the government to perform certain functions of protecting their rights, which contract is the <u>highest civil law of the land</u> and is known as the Constitution.

You must be reading Romans 13 from a carnal mind (in the flesh), which is enmity against Elohim, for it does not subject itself to the Torah (Law) of Elohim, neither indeed is it able, and those who are in the flesh are unable to please Elohim.(Romans 8:7,8 in <u>The Scriptures</u>)

If there is authority in Colorado *other* than the Almighty(Elohim/God) His name is Yahuah , <u>it is the People, to wit:</u>

**Colorado-Constitution in Article II, Bill of Rights**
Section 1. Vestment of political power.
All political power is vested in and derived from the people; all government, of right, originates from the people, is founded upon their will only, and is instituted solely for the good of the whole.

**All governmental departments must answer to the people.** "It is well that all departments give pause, that they may not offend. All must answer to the people, in and from whom, as specifically set forth in this section, all political power is invested and derived." Hudson v. Annear, 101 Colo. 551, 75 P.2d 587 (1938).

**People's right to legislate reserved.** By § 1 of art. V, Colo. Const., "the people have reserved for themselves the right to legislate." McKee v. City of Louisville, 200 Colo. 525, 616 P.2d 969 (1980).

**Initiative deemed aspect of people's political power.** "Under the Colorado constitution, all political power is vested in the people and derives from them, and an aspect of that power is the initiative, which is the power reserved by the people to themselves to propose laws by petition and to enact or reject them at the polls independent of the general assembly." Colorado Project-Common Cause v. Anderson, 178 Colo. 1, 495 P.2d 220 (1972).

I call your attention to Romans-verses 9 and 10 that reads: For this, "You shall not commit adultery," "You shall not murder," "You shall not steal," "You shall not bear false witness," "You shall not covet," and if there is any other command, is summed up in this word, "You shall love your neighbor as yourself." Love does no evil to a neighbor.

I ask you which one of the above is Austin Gary Cooper charged with? What evil did he do to his neighbor? Who is the injured party? Whom has he Austin Gary Cooper injured? What command of Elohim has Austin Gary Cooper broken? Whom do you serve Elohim and his people or the world?

>>If you want to look at scripture, try Romans 13 and Jude.<<

**Affidavit of Truth – page 13 of 14**

The prosecution is to respond forthwith to this affidavit or all the contents of this affidavit shall be assented to as being true. Further, should the prosecution assent via. non-response it shall be estopped from proceeding in this alleged case any further and it shall require my husband, the natural man, Austin Gary Cooper's immediate release; "a demand in the form of a request", from confinement and or coercion, as well as dismissal of all said alleged charges/allegations with prejudice.

## Certificate of service

I, Martha Ellen Cooper (and signing for Austin Gary Cooper, who is being held fraudulently and under cruel coercion) certify that 7-06-2006, I mailed, postage prepaid, a true and correct copy of the above and foregoing affidavit to: Names on the Certificate of Delivery and The United States Attorney at: U.S. Attorney's Office, 1225 17th Street, Suite 700., Denver Colorado  80202

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 6th day of 7 mo. 2006 C.E.

without-prejudice

Martha Ellen Cooper

Texas-State            :
_Bandera_ -County      : asv
_Bandera_ -City        :

Subscribed and sworn to before me this 6th day of 7 mo. 2006 C.E.

My Commission Expires: _8-14-2008_        Notary Public

Seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

Affidavit of Truth – page 14 of 14

## Certificate of Service and Interested Parties

I Martha Ellen Cooper, hereby Certify that the foregoing affidavit was sent overnight mail,

receipt rendered on this the 7th day of ___7___ mo., 2006 C.E., to be filed into the said account/case-

number, to:

1. Merchant-William J. Leone
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Overnight mail-# _EQ291022781US_

2. Merchant-Thomas M. O'Rourke
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Overnight mail-# _EQ291022692US_

3. Merchant-Jared E. Dwyer
   U. S. Department of Justice
   Tax Division
   601 D Street, N.W.
   Washington D.C. 20044
   Overnight mail-# _EQ291022689 US_

4. Merchant-Anthony Romero
   United States Department of Justice
   Tax Division
   P.O. Box 972 Ben Franklin Station
   Washington D.C. 20044
   Overnight mail-# _EQ291022675 US_

5. Merchant-Gregory C. Langham
   U.S. Courthouse
   901 – 19th Street
   Denver, Colorado 80294-3589
   Overnight mail-# _EQ291022661 US_

6. Merchant-William G. Putnicki
   U.S. District Clerk's Office
   655 East Durango Blvd., Room G65
   San Antonio, Texas 78206
   Overnight mail-# _EQ291022265 US_

Affidavit of Truth

7.     Austin Gary Cooper
      Inmate #: 10982050
      Central Texas Detention Facility
      218 South Laredo Street
      San Antonio, Texas 78207-4532
      Overnight mail-# _____ EQ291022644 US _____

8.     Colorado Supreme Court
      Attorney Registration
      Dominion Plaza Building
      600 17th Street, Suite 205-South
      Denver, Co 80202
      Overnight mail. # _____ EQ291022635 US _____

Without prejudice

*Martha Ellen Cooper*

Martha Ellen Cooper

Affidavit of Truth