FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

JUL 10 2006

GREGORY C. LANGHAM
CLERK

For the Court in the District of the United States,

For the Western District of Texas/and Colorado

San Antonio-Division/and Denver Division

THE UNITED STATES
    A fiction

thus;  in which victim, Austin Gary Cooper is being unlawfully held against his will; mainly the said "hearing" of the unlawful coerced living man, Austin Gary Cooper.

I hereby add these "Affidavit of Testimony Addendum" (s) to said alleged Case No. 06-mj-01111 or the like.

---

Certificate of service

Of Second-Addendum

without prejudice

*Martha C. Cooper*

Martha Ellen Cooper

My above signature is also signing for Austin Gary Cooper under the Power of Authority, granted permission by him.

Texas-State :
~~Bandera~~-County    : asv
~~Bandera~~-City     :



# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj United States
Courthouse
901 19th Street
Denver, Colorado 80294
Phone(303) 844-3433
www.cod.uscourts.gov

This is the best quality copy of the following document.

Clerks Office
United States District Court

## Affidavit of Testimony
### Addendum
#### Introductory Certification

Now comes generally and at arms length, non juristic, Patrick Cody Morgan and Gary McDuff, Undersigned Affiants, hereby do state the following facts of truth herein that the aforementioned in "AFFIDAVIT OF TESTIMONY" had sentencing that was not in its proper English grammar arrangement. This we request forgiveness of pardon.

6. At approximately 9:28 a.m., Morgan approached Mr. Cooper and asked him if he had received the overnight documents mailed by Martha Ellen Cooper on Friday, 6-30-2006. Mr. Cooper said he had not received any mail.

7. Morgan opened his portfolio to hand Mr. Cooper a copy of said documents. At that time Morgan was approached by a "U.S. Marshall" sitting next to Mr. Cooper and told me I could not speak with the prisoner.

8. The Marshall then told Mr. Cooper he was to turn around and look towards the front of the "courtroom".

9. At approximately 9:30 a.m., Merchant-Magistrate Mathy heard the initial remarks of the Assistant-U.S. attorney, Merchant-Judith Patton.

10. Upon the conclusion of Ms. Patton initial remarks, the Merchant-Magistrate asked Mr. Cooper did he wish to speak.

13. Merchant-Prosecuting Attorney Clark then stated to the Magistrate that he was fired, even though past and foregoing evidence will dictate that Mr. Cooper would never hire an attorney when he declared himself, under duress, without prejudice, and in propria persona. Thus Mr. Cooper did not acknowledge said Prosecuting-Attorney, and would not speak to this said man.

14. Mr. Cooper informed the Merchant-Magistrate he was **demanding** her Oath of Office and **demanding** her Bond-Number.

15. Mr. Cooper further stated that he was bonding the case for twenty-one silver dollars and was making a contract between the Common-Law living evidence supporting their claim of such identity.

23. Merchant-Prosecuting attorney Clark then was asked for his comment, thus stating in "session of court" that he was not his attorney, for Mr. Cooper did not hire me. Mr. Clark further stated he found no evidence either to support that Mr. Cooper be held any further, and that he should be released immediately.

24. Merchant-Magistrate Mathy was on the computer as if she had heard nothing then stating that it was in her opinion that she was satisfied with the finding and Mr. Cooper was going to be transported to Denver, Colorado to face the alleged charges of contempt of injunction.

Verification

hereby complete and will be certain admissible herewith as evidence.

Shemoth (Ex) 20: 15, 16; II Thess 2: 4; Revelation 22: 18, 19.

## Certificate of service

Houston TX-City

Subscribed and sworn to before me this 10th day of 7 mo. 2006 C.E.

My Commission Expires: March 29, 2009    Notary Public  _Tami L Church_

Seal



TAMI L CHURCH
My Commission Expires
March 29, 2009

without prejudice

## Certificate of Service

[Illegible handwritten certificate of service text with signatures, dated entries, and a notary seal for TAMI L CHURCH "My Commission Expires"]

# FAX COVER SHEET

| | |
|---|---|
| TO | \Mr. Gregory Langham |
| COMPANY | \U.S. District Court of Denver\ |
| FAX NUMBER | 13033352714 |
| FROM | Rebecca Bales |
| DATE | 2006-07-10 20:37:48 GMT |
| RE | Austin Gary Cooper/hostage |

## COVER MESSAGE

Dear Mr. Gregory C. Langham,

Please take it upon yourself to read the 2nd Addendum of witness to the said "court" hearing last 7-3-06, for it is in complete clarified grammar. We apologize for the time, but exhaustion was the factor.

I beseech your heart soul and mind that this country has not succumb to this tyranny.

Please again, feel free to call: 830-377-5716

without prejudice
Martha E. Cooper