IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE**
**PATRICIA A. COAN**

Courtroom Deputy: Nel Steffens

Case No.: 06-mj-01111

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

2. MARTHA E. COOPER,

        Defendant.

FTR: PAC PM
Date: July 11, 2006

Thomas O'Rourke

Not present

_____

**INITIAL APPEARANCE**
_____

Court in session: 1:57 p.m.

Court calls case and appearances. Defendant was summoned to appear but is not present.

Mr. O'Rourke asks for issuance of bench warrant due to defendant's failure to appear.

**ORDERED:**
- Bench warrant shall be issued forthwith for the arrest of Martha E. Cooper.


Court in recess: 1:58 p.m.
Hearing concluded.
Hearing duration: 1 minute