For the Court in the District of the United States,

For the Western District of Texas/and Colorado

San Antonio-Division/and Denver Division

JUL 1 2 2006

THE UNITED STATES
A fiction

Vs.

AUSTIN GARY COOPER
MARTHA E. COOPER
A fiction

Alleged Case No. 06 mj-01111

**in restricted appearance**

---

Martha E. Cooper
    A living woman, a natural person, non-juristic, real party at interest

---

### Affidavit Of Truth
### Second -Addendum

I, Martha E. Cooper in restricted appearance, not generally and in propria persona certifying that I received said corrected "Affidavit of Testimony Addendum" from said Patrick Cody Morgan, Gary McDuff, to add this second addendum that saith thus; in which victim, Austin Gary Cooper is being unlawfully held against his will; mainly the said "hearing" of the unlawful coerced living man, Austin Gary Cooper.

I hereby add these "Affidavit of Testimony Addendum" (s) to said alleged Case No. 06-mj-01111 or the like.

---

### Certificate of service
### Of Second-Addendum

I, Martha Ellen Cooper, certify that on 7-10-2006 C.E., will send out postage paid to said, "Certificates of Service and Interested Parties".

This document has been signed and certified at _Bandera_ -City in the Texas-State, this 7th day of 7 mo. 2006 C.E.

1

without prejudice

*Martha E. Cooper*

Martha Ellen Cooper
My above signature is also signing for
Austin Gary Cooper under the Power of
Authority, granted permission by him.

Texas-State            :
Bandera-County         : asv
Bandera-City           :

Subscribed and sworn to before me this 12th day of __7__ mo. 2006 C.E.

My Commission Expires: __8-14-2008__    Notary Public

seal

AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

2

## Affidavit of Testimony
## Addendum
### Introductory Certification

Now comes generally and at arms length, non juristic, Patrick Cody Morgan and Gary McDuff, Undersigned Affiants, hereby do state the following facts of truth herein that the aforementioned in "AFFIDAVIT OF TESTIMONY" had sentencing that was not in its proper English grammar arrangement. This we request forgiveness of pardon.

1. Both parties are competent and in sound mind and body to state the matters forth herewith.
2. Both parties have personal knowledge of the facts stated herein.
3. All the facts stated herein are true, correct, and complete in accordance with both parties best firsthand knowledge and understanding, and if called upon to testify as "witnesses" affiants' shall so make plain.

### Statement of Facts

4. On July 3rd, 2006, Patrick Cody Morgan, hereafter, Morgan and Gary McDuff, hereafter McDuff, attended the "Identity Hearing" in which victim and kidnapped living man, Austin Gary Cooper at the "United States District Court" in San Antonio, Texas, where victim and kidnapped living man, Austin Gary Cooper, was brought.
5. Austin Gary Cooper, hereafter Mr. Cooper, was held in shackles at the "defendant's" table when Merchant-Magistrate Mathy appeared in the "courtroom" using Judge John W. Primomo bench with his name presented thereof. Therefore, who was she **identifying** herself as?
6. At approximately 9:28 a.m., Morgan approached Mr. Cooper and asked him if he had received the overnight documents mailed by Martha Ellen Cooper on Friday, 6-30-2006. Mr. Cooper said he had not received any mail.
7. Morgan opened his portfolio to hand Mr. Cooper a copy of said documents. At that time Morgan was approached by a "U.S. Marshall" sitting next to Mr. Cooper and told me I could not speak with the prisoner.
8. The Marshall then told Mr. Cooper he was to turn around and look towards the front of the "courtroom".
9. At approximately 9:30 a.m., Merchant-Magistrate Mathy heard the initial remarks of the Assistant-U.S. attorney, Merchant-Judith Patton.
10. Upon the conclusion of Ms. Patton initial remarks, the Merchant-Magistrate asked Mr. Cooper did he wish to speak.
11. Mr. Cooper informed the Merchant-Magistrate he was kidnapped by the U.S. Marshals for the last 5 days and was being held in solitary confinement without access to the law library, phone or mail.
12. Mr. Cooper informed the Merchant-Magistrate he was being held under duress, without prejudice, and in "propria persona".

Affidavit of Testimony Addendum – Page 1 of 4

13. Merchant-Prosecuting Attorney Clark then stated to the Magistrate that he was fired, even though past and foregoing evidence will dictate that Mr. Cooper would never hire an attorney when he declared himself, under duress, without prejudice, and in propria persona. Thus Mr. Cooper did not acknowledge said Prosecuting-Attorney, and would not speak to this said man.

14. Mr. Cooper informed the Merchant-Magistrate he was **demanding** her Oath of Office and **demanding** her Bond-Number.

15. Mr. Cooper further stated that he was bonding the case for twenty-one silver dollars and was making a contract between the Common-Law living man, Austin Gary Cooper and her, who was sitting behind the name: John W. Primomo.

16. Merchant-Magistrate Mathy informed Mr. Cooper that he would have time to speak after the fiction-Prosecuting Attorney entered her opening remarks.

17. During the proceeding Mr. Cooper cross-examined Mr. Romero. Who he is to this proceeding is still a mistery as to why an "IRS agent" is trespassing an alleged "contempt" case.

18. Mr. Cooper asked Mr. Romero if he had taken an Oath of Office.

19. Merchant-Magistrate Mathy said Mr. Romero he did not have to answer that question, denying Mr. Cooper his right to "due process of law".

20. During the proceedings, Mr. Cooper stated he was not the person named in the information presented to the tribunal by Mr. Romero.

21. Mr. Cooper stated his birth name was not spelled in all upper-case letters.

22. Then Mr. Cooper stated that the tribunal had provided no evidence that he was in fact the "AUSTIN GARY COOPER" named in the said information and the said agents of the government had provided no evidence supporting their claim of such identity.

23. Merchant-Prosecuting attorney Clark then was asked for his comment, thus stating in "session of court" that he was not his attorney, for Mr. Cooper did not hire me. Mr. Clark further stated he found no evidence either to support that Mr. Cooper be held any further, and that he should be released immediately.

24. Merchant-Magistrate Mathy was on the computer as if she had heard nothing then stating that it was in her opinion that she was satisfied with the finding and Mr. Cooper was going to be transported to Denver, Colorado to face the alleged charges of contempt of injunction.

## Verification

Affiants, Morgan and McDuff issues this said Affidavit of Testimony – Addendum with sincere intent that we, the Affiants' are clarified in said matter set forth herein, that the contents are true to the English grammar and proper sentencing of facts, correct and

hereby complete and will be certain admissible herewith as evidence.

Shemoth (Ex) 20: 15, 16; II Thess 2: 4; Revelation 22: 18, 19.

## Certificate of service

This Affidavit of Testimony Addendum is hereby declared on the __TENTH__ day of the __SEVENTH__ month in the year of our Master 2006. C.E.

This document has been signed and certified at __Houston__ -City in the Texas-State, this 10 ??th* day

of __7__ mo. 2006 C.E.

without prejudice

Patrick Cody Morgan
Without prejudice
2005 Rowan Burton
Alvin, Texas [77511]

Texas-State                           :
__Harris__ -County                    : asv
__Houston TX__ City                   :

Subscribed and sworn to before me this __10th__ day of __7__ mo. 2006 C.E.

My Commission Expires: __March 29, 2009__   Notary Public __Tami L Church__.

Seal

TAMI L. CHURCH
My Commission Expires
March 29, 2009

without prejudice

Gary McDuff
1314 Minchen Drive
Deer Park, Texas [77536]

Affidavit of Testimony Addendum – page 3 of 4

hereby complete and will be certain subsequents herewith as evidence.

Statement R. st. 20, 25, 10, R. Hosea 1-4, Revelation 22, 18, 19.

## Certificate of service

This Affidavit of Testimony Addendum is hereby declared on the __10__ day of the __7__ month, in the year of our Savior 2006, C.E.

This document has been signed and certified in Houston City in the Texas State, this 10th day of 7 mo 2006 C.E.

Patrick Corey Morgan
Witness/attendant
2035 Sewalo Burton
[city], Texas [77511]

Texas State
Harris County
Houston Tx City

Subscribed and sworn to before me this 10th day of 7 mo 2006 C.E.
My Commission Expires March 29, 2009   Notary Public Tami L Church
Seal



TAMI L CHURCH
My Commission Expires
March 29, 2009

Affidavit of Testimony Addendum page 2 of 3

---

witness/attendant
Ruby McDuff
1154 Minshen [Strat?]
Deer Park, Texas [77536]

Affidavit of Testimony Addendum - page 3 of 3

Texas State
Harris County
Houston Tx City

Subscribed and sworn to before me this 10th day of 7 mo 2006 C.E.
My Commission Expires March 29, 2009   Notary Public Tami L Church
Seal

TAMI L CHURCH
My Commission Expires
March 29, 2009

Affidavit of Testimony Addendum page 3 of 3

## Certificate of Service and Interested Parties

I Martha Ellen Cooper, hereby Certify that the foregoing affidavit was sent overnight mail, receipt rendered on this the 7th day of ___10_ mo., 2006 C.E., to be filed into the said account/case-number, to:

1. Merchant-William J. Leone
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Cert. mail-#_____

2. Merchant-Thomas M. O'Rourke
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Cert. mail-#_____

3. Merchant-Jared E. Dwyer
   U. S. Department of Justice
   Tax Division
   601 D Street, N.W.
   Washington D.C. 20044
   Cert. mail-#_____

4. Merchant-Anthony Romero
   United States Department of Justice
   Tax Division
   P.O. Box 972 Ben Franklin Station
   Washington D.C. 20044
   Cert. mail-#_____

5. Merchant-Gregory C. Langham
   U.S. Courthouse
   901 – 19th Street
   Denver, Colorado 80294-3589
   Overnight mail-#_____

6. Merchant-William G. Putnicki
   U.S. District Clerk's Office
   655 East Durango Blvd., Room G65
   San Antonio, Texas 78206
   Overnight mail-#_____

1

7.  Austin Gary Cooper
    Inmate #: 10982050
    Central Texas Detention Facility
    218 South Laredo Street
    San Antonio, Texas 78207-4532
    Overnight mail-#_____

8.  Colorado Supreme Court
    Attorney Registration
    Dominion Plaza Building
    600 17th Street, Suite 205-South
    Denver, Co 80202
    Cert. Mail #_____

9.  Merchant-Judge Boyd N. Boland
    U.S. Courthouse
    901-19th Street Rm A-401
    Denver, Colorado, 80294-3589
    Overnight Mail# _____

10. Merchant-Magistrate Pamela A. Mathy
    U.S. Courthouse
    655 East Durango Blvd.
    San Antonio, Texas 78206
    Cert. Mail #_____

11. Governor Bill Owens
    136 State Capitol
    Denver, Colorado 80203-1792
    Cert. Mail # _____

12. Chief Justice Mary Mullarky
    Chief Justice of the Supreme Tribunal
    435 Judicial Building
    Denver, Co 80203
    Cert. Mail #_____

13. Governor Rick Perry
    Governor Building
    P.O. Box 13246
    Austin Texas 78701
    Cert. Mail #_____

14. Sheriff Wilden Tucker
    12 Pecan Street
    Bandera, Texas 78003
    Cert. Mail # _____

Without prejudice

_____
Martha Ellen Cooper

## Certificate of Service and Interested Parties

I Martha Ellen Cooper, hereby Certify that the foregoing affidavit was sent overnight mail, receipt rendered on this the 7th day of __10__ mo., 2006 C.E., to be filed into the said account/case-number, to:

1. Merchant-William J. Leone
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Cert. mail-# 7004 1160 0005 5190 5567

2. Merchant-Thomas M. O'Rourke
   U. S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado 80202
   Cert. mail-# 7004 1160 0005 5190 5550

3. Merchant-Jared E. Dwyer
   U. S. Department of Justice
   Tax Division
   601 D Street, N.W.
   Washington D.C. 20044
   Cert. mail-# 7004 1160 0005 5190 5475

4. Merchant-Anthony Romero
   United States Department of Justice
   Tax Division
   P.O. Box 972 Ben Franklin Station
   Washington D.C. 20044
   Cert. mail-# 7004 1160 0005 5190 5593

5. Merchant-Gregory C. Langham
   U.S. Courthouse
   901 – 19th Street
   Denver, Colorado 80294-3589
   Overnight mail-# ED 701982030 US

6. Merchant-William G. Putnicki
   U.S. District Clerk's Office
   655 East Durango Blvd., Room G65
   San Antonio, Texas 78206
   ~~Overnight~~ mail-# 7004 1160 0005 5190 5536
   Cert-

1

7.  Austin Gary Cooper
    Inmate #: 10982050
    Central Texas Detention Facility
    218 South Laredo Street
    San Antonio, Texas 78207-4532
    Overnight mail-# ___ED 701982026 US___

8.  Colorado Supreme Court
    Attorney Registration
    Dominion Plaza Building
    600 17th Street, Suite 205-South
    Denver, Co 80202
    Cert. Mail # ___7004 1160 0005 5190 5527___

9.  Merchant-Judge Boyd N. Boland
    U.S. Courthouse
    901-19th Street Rm A-401
    Denver, Colorado, 80294-3589
    Overnight Mail# ___ED 701982012 US___

10. Merchant-Magistrate Pamela A. Mathy
    U.S. Courthouse
    655 East Durango Blvd.
    San Antonio, Texas 78206
    Cert. Mail # ___7004 1160 0005 5190 5512___

11. Governor Bill Owens
    136 State Capitol
    Denver, Colorado 80203-1792
    Cert. Mail # ___7004 1160 0005 5190 5505___

12. Chief Justice Mary Mullarky
    Chief Justice of the Supreme Tribunal
    435 Judicial Building
    Denver, Co 80203
    Cert. Mail # ___7004 1160 0005 5190 5499___

13. Governor Rick Perry
    Governor Building
    P.O. Box 13246
    Austin Texas 78701
    Cert. Mail # ___7004 1160 0005 5150 5482___

14. Sheriff Wilden Tucker
    12 Pecan Street
    Bandera, Texas 78003
    Cert. Mail # 7004 1160 0005 5150 5574

Without prejudice

Martha Ellen Cooper

3