AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

DISTRICT OF _____ COLORADO

UNITED STATES OF AMERICA

V.

MARTHA E. COOPER

## WARRANT FOR ARREST

CASE NUMBER: 06-mj-01111

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MARTHA E. COOPER and bring her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   X Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense)

Criminal Contempt

in violation of Title 18, U.S.C. § 401(3)

GREGORY C. LANGHAM
Clerk, U.S. District Court
Name of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

Title of Issuing Officer

7/13/2006      Denver, CO
Date and Location

Bail fixed at $_____     by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest