Martha E. Cooper
Austin Gary Cooper
Without prejudice – c/o
1132 Main Street., 9100-230
Bandera, Texas 78003

The Texas-State
In the City known as Bandera
In the County of Bandera

Alleged Account-Number: 06mj01111

---

Martha E. Cooper, a natural person, Accuser v. The corporate United States, Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Merchant-Jared E. Dwyer, Merchant-Anthony Romero, Merchant-Gregory C. Langham , Merchant-Sherlyn K. Sampson, Merchant-William G. Putnicki, Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland, Merchant-Judith Patton, Merchant-R. Clark Adams, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchat-Sheriff Alderden, et al.

As per the following is being served to be privy of such unlawful and malicious procedures: Merchant-Attorney's General John Ashcroft, Merchant-Chief Justice Rehnquist, , George W. Bush, Governor Rick Perry, Chief Justice Mary Mullarky, , Marchant-U.S. Marshal: Edward Zahren, Merchant-U.S. Marshal: Michael W. Roach, U.S. Marshal: LaFayette Collins Merchant-Sheriff Wilden Tucker, Merchant-Attorney General-Greg Abbott, Merchant-Attorney General-Steven W. May, Merchant-Sergeant-Steven (what sounded like) Mason, Merchant-Texas-Secretary of State- Robert William, Merchant-Mark W. Everson, et al. Said tacit will become 'acquiesce', for such ethics have been violated and conclude that they, the "following privy" willfully and conscientiously desire to become the Accused.

---

**Civil Complaint for Damages; Formal and Constructive Notice; Criminal Complaint with Bill of Particulars, and an "Information" in a Criminal Case; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused herein listed. I hereby charge and support the crimes by the Accused of: Treason times thirty-one (31) counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties Racketeering through false conveyance of language; Falsification of documents and Fraud by deception.** Malfeasance of officers, Malicious abuse of legal process.

---

"The claim and exercise of a Constitutional Right cannot be converted into a crime." Miller v. U.S.

---

For the Record:

Comes Now Martha E. Cooper, Sui Juris, In propria persona (my natural person), not granting jurisdiction of the corporation known as the United States of America, hereby state that Merchants-Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Merchant-Jared E. Dwyer, Merchant-Anthony Romero, Merchant-Gregory C. Langham , Merchant-Sherlyn K. Sampson, Merchant-William G. Putnicki, Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland,

Merchant-Judith Patton, Merchant-R. Clark Adams, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden, et al. As per the following said privy: Merchant-Attorney's General John Ashcroft, Merchant-Chief Justice Rehnquist, , George W. Bush, Governor Rick Perry, Chief Justice Mary Mullarky, , Marchant-U.S. Marshal: Edward Zahren, Merchant-U.S. Marshal: Michael W. Roach, U.S. Marshal: LaFayette Collins Merchant-Sheriff Wilden Tucker, Merchant-Attorney General-Greg Abbott, Merchant-Attorney General-Steven W. May, Merchant-Sergeant-Steven (what sounded like) Mason, Merchant-Texas-Secretary of State-Robert William, Merchant-Mark W. Everson, et al.  Said tacit will become 'acquiesce', for such ethics have been violated and conclude that they, the "following privy" willfully and conscientiously desire to become the Accused.

. In support I hereby file this: **Civil Complaint for Damages; Formal and Constructive Notice; Criminal Complaint with Bill of Particulars, and an "Information" in a Criminal Case; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused herein listed. I hereby charge and support the crimes by the Accused of: Treason times thirty-one (31) counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties Racketeering through false conveyance of language; Falsification of documents and Fraud by deception. Malfeasance of officers, Malicious abuse of legal process** [hereinafter Complaint]. In support, I state the following:

In steadfastness I have worked diligently to aid in the preservation of Liberty and Freedom for all in this country against all odds and especially against the over sixty million statutes placed in practice in order to rob, pillage and plunder the American People of their wealth to feed the socialistic behemoth we call government. In this present day and age most every walk of life is controlled and regulated by the BAR (British Accredited Registry) Association and its members. In my own way I have struggled with extraordinary patience to follow the law laid down by the Heavenly Father-Yahuah our Elohim, doing my religious belief and be a humble pillar in this society only to be threatened and challenged by these fictions, officers, and agents. Therefore, it is with deep regret that I must therefore proceed with this action in order to protect my Rights, said "Thee Bill of Rights". You, et al, are an agent for a corporation known as the United States of America. You have aided in the attempted overthrow of the government of "We the People" and the Constitution for the United States of America. This merchant-magistrates and officers have allegedly served me with said documentation alleging that I have no rights of privacy, to be secure in my person, house, papers and effects. Article the sixth, Amendment IV. That under threat I am to provide you my natural person, an American Citizen with your demands that you have fraudulently represented, in an attempt to terrorize me into submission of jurisdiction with full malice that you are committing fraud and that you conspired to commit fraud as well as many other crimes against me in this process. You have declared that I have no right to privacy or to property and you have chosen to disregard the law and violate my Rights by willfully and knowingly committing a Common Law-Tort against me. Hence, since you have assumed a posture of Tort-feasor and have both committed and conspired to commit Treason times thirty-one counts each then this is a proper action at Law. By assuming a position of government-agent, being this "fiction" yes, artificial entity in attempting to bring a alleged "contempt" charge and is seeking remedy for an alleged injury to a non living being, non existing party, a right that only exist between moral beings (Bouvier's Law Dictionary 1914, p. 2960) you then assume liability in the commission of the crimes against the American People, hence, you are so charged.

Black's Law 5th Edition Dictionary: In Propria persona. In ones own proper person. It was formerly a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona,

because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is "presumed" to plead after having obtained leave, which admits the jurisdiction."

**52 American Jurisprudence (AmJur)- Treason** (Emphasis has been added in certain sections by author.)

**§ 2. Definitions, Distinctions, and Construction.** - Treason is a breach of allegiance. It is the only crime defined in the Federal Constitution; that instrument declares that treason against the United States shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort, and declares that Congress shall have power to declare the punishment of treason. These provisions were inserted to prevent the possibility of extension of treason to offenses of minor importance. The crime of treason as thus defined is not to be extended by construction to doubtful cases: crimes not clearly within the constitutional definition must receive such punishment as the legislature may in its wisdom provide. The Federal statutes proved that whoever, owning allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort, within the United States or elsewhere, is guilty of treason. As has been pointed out, however, the words "owing allegiance to the United States" used in these statutes add nothing to the meaning of the offense as defined in the Constitution; these words to not in any degree affect the sense of the constitutional definition of treason. (This author has added emphasis.)

**§ 3. Who May Commit.** - Treason is a breach of allegiance and can be committed only by him who owes allegiance either perpetual or temporary. It may be committed by an infant who has reached an age of discretion and is capable of committing crime, but it cannot be committed by a corporation.

**§ 5. - Aliens.** - The principle that treason can be committed only by one owning allegiance to the government does not confine the offence to citizens of the nation against whose government the offense is alleged to have been committed. By the term "allegiance" is meant the obligation of fidelity and obedience which the individual owes to the government under which he lives, or to his sovereign, in return for the protection he receives. It may be an absolute and permanent obligation, or it may be a qualified and temporary one. The citizen or subject owes an absolute and permanent allegiance to his government or sovereign, or at least until, by some open and distinct act, he renounces it and becomes a citizen or subject of another government or announces it and becomes a citizen or subject of another government or another sovereign. The alien, while domiciled in a country, owes a local and temporary allegiance which continues during the period of his residence; and if an alien, while residing in a foreign country, does any act which would amount to treason if committed by a citizen of that country, it has been held that he will be guilty of treason, for while he is thus a resident, even though only temporarily, he owes allegiance to the government. (This author has added emphasis.)

**§ 6. - Accessories before the Fact.** - Treason is an exception to the general rule that felonies admit of accessories before the fact; all persons participating in or contributing to the commission of treasonable acts are regarded as principals and punishable as such, although their acts may be such as would, in connection with other felonies, make them only accessories before the act or aiders and abettors. Where war is levied, or where men assemble to subvert government by force, all who play a part, however minute, or however remote from the place of action, and who are leagued in the general conspiracy, are guilty of treason. (This author has added emphasis.)

**§ 9. Adhering to Enemies; Giving Aid and Comfort.** - Treason against the United States consists in levying war against the United States, or "in adhering to their enemies, giving them aid and comfort." The decisions of the English and American courts are to the effect that wherever overt acts are committed which, in their natural consequence, if successful, would encourage and advance the interests of the enemy, in judgment of law aid and comfort are given. In a broad sense, "adherence to enemies,

giving them aid and comfort," means any act on the part of a citizen or subject indicating disloyalty to the government or sympathy for its enemies. <u>Such an act may consist in taking an oath of allegiance to the enemy, joining their army or assisting others to do so</u>, surrendering to them a fort or castle or cruising on one of their ships, collecting information for their use, furnishing money, or selling them arms, ammunition, provisions, or other supplies. One who, while bound by his allegiance to a government, sells goods to the agent of an armed combination to overthrow that government, knowing the purpose of the purchase, is guilty of treason or a misprision thereof. He voluntarily aids the treason. He cannot be permitted to stand on the nice metaphysical distinction that although he knows that the purchaser buys the goods for the purpose of aiding the rebellion, he does not sell them for that purpose. The consequences of his acts are too serious and enormous to admit of such a plea. He must be taken to intend the consequences of his own voluntary act. (This author has added emphasis.)

Hoshea 1: 5 ""For their mother has whored, she who conceived them has acted shamelessly. For she said, 'I go after my lovers, who give me my bread and my water, my wool and my linen, my oil and my drink." 4: 18 "Their drink is sour, they have whored continually. Her rulers wildly loved shame."

**§ 10. Misprision of Treason and Other Related Offenses.** - While the Federal Constitution defines treason against the United States in such a way as to deny Congress any power to extend that definition to embrace acts not included within the constitutional definition, it is competent for Congress in its wisdom to provide punishment for acts which have not ripened into treason or which are related to but do not fall within the meaning of treason as defined in the Constitution. Congress has provided for the punishment of, and defined, misprision of treason, declaring that "whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and makes known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular state, is guilty of misprision of treason." While this provision omits the words "owing allegiance to the United States" and uses, without limitation, the general terms "any person or persons," it has been said that these general terms were obviously intended to be limited and must be limited by the words "owing allegiance to the United States" used in the preceding section of the Federal statute defining treason. Congress also provides punishment for those who incite, set on foot, assist, or engage in any rebellion or insurrection against the authority of the United States or the laws thereof, or give aid and comfort thereto, or who engage in seditious conspiracy, as well as for the punishment of espionage.

**§ 11. - Recruiting or Being Recruited to Serve against United States.** - Under the Federal statutes defining crimes against the existence of the government, it is an offense to recruit soldiers or sailors within the United States, or in any place subject to the jurisdiction thereof, to engage in armed hostility against the United States, or to open within the United States, or in any place subject to the jurisdiction thereof, a recruiting station for the enlistment of such soldiers or sailors to serve in any manner in armed hostility against the United States. The Federal statutes make every person enlisted or engaged within the United States, or in any place subject to the jurisdiction thereof, with intent to serve in armed hostility against the United States, subject to fine and imprisonment.

**§ 14. Indictment and Information.** - The general rules governing that sufficiency of indictments for treason. However, as distinctive to treason it may be noted that in an indictment therefore it has been held that it is sufficient to allege the sending of intelligence to the enemy, without setting forth the particular letter or its contents.

Matt. 26: 14, 15 "Then one of the twelve, called Yehudah (Judas) from Qerioth, went to the chief priests, and said, "What would you give me to deliver Him to you?" And they counted out to him thrity pieces of silver. An from then on he was seeking an occasion to deliver Him up…"

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 4 of 43

**§ 15. Defenses.** - Whether the various defenses that are ordinarily available to persons charged with crime are available as defenses to persons charged with the crime of treason may be open to question. In an early American decision in a prosecution for treason by joining the Army of Great Britain, it was said that nothing will excuse joining the enemy but the fear of immediate death. While the law will ordinarily excuse a criminal act, under compulsion or coercion, the fear of personal injury or of injury to or outrage upon property is not a defense to treason. Since intoxication ordinarily does not excuse a criminal act, that fact is not a defense to a charge of misprision of treason.

**§ 17. - Weight and Sufficiency; Number of Witnesses.** - The Federal Constitution not only defines and limits the crime of treason, but provides that no person should be convicted of it unless on the testimony of two witnesses to the same overt act, or on confession in open court. A confession proved by two witnesses is not sufficient to prove treason, but is good by way of corroboration, although of another species of treason.

Where a confession is given in evidence the jury may believe one part of it and disregard another.

### Please Take Judicial, Executive and Legislative Notice

**The articulated and enumerated facts listed herein have been acquiesced to by Chief Justice Rehnquist of the Supreme Tribunal of the United States, and been served upon Chief Justice Wallace B. Jefferson of the Supreme Tribunal/court of the State of Texas, Governor Rick Perry of the State of Texas and the Accused many times and I am in the process of serving them with my documentation.**

1. Let it be further known through declaration by the Attorney General of the United States, U.S. citizenship is based upon specific contracts. In the federal case **United States of America v. Austin Gary Cooper, 89-109-Cr-Hoeveler,** the contracts were named. In the "federal tax case" it was established that, "He pays social security, he uses the Postal Service, therefore, Mr. Cooper is a U.S. citizen." This declaration was verbalized to attempt to establish jurisdiction over Mr. Cooper in the hearing. Hence, through the stated contracts of Social Security and/or use of the Postal Service one becomes a juristic person into federal taxation (14th Amendment citizen, or property of the corporate United States). Further, the term "United States citizen" is a false conveyance of language, to wit: the language "United States" is a noun-phrase that, when placed directly before the noun-citizen, becomes an adjective. This means that the word-States is no longer a person, place or thing. States has no meaning as an adjective and, therefore, does not exist as a word. Hence, you are left with "United citizen," or, in other words, one-world-order-citizenship.

2. I, Martha E. Cooper, am not a citizen of the United States and therefore not property of the corporate entities known as "the United States" (Washington D.C.) and the "State of Texas." "A Sovereign Citizen cannot be punished for sincerely held religious convictions", U.S. v. Cheek" Biblical Law at "Common Law" supersedes all laws, and "Christianity is custom, custom is Law." Robin v. Haraway 1790."

My "conditional" "representation" is "without prejudice' UCC1-207 and is affirmed to the instrument herein, See attachment A. Ariticle III, at UCC 1-1-3:6, hereafter "without Dishonor".

3. "Qualified immunity cannot be utilized as defense to claim of deprivation of civil rights where ignorance of undisputed law or disregard of such law is demonstrated." Title 42 USC § 1983, note 2743 (emphasis added). I presume this also applies to natural Rights. "The Bible is declared the true word of God in Public Law 97-280."

4. "Every person who, under color of any statute, ordinance, regulation, custom or usage of any State or territory subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for

redress." Title 42 USC § 1983; also see Title 18 USC § 241, "Conspiracy against rights"; and, Title 18 USC § 242, "Deprivation of rights under color of law."

Black's Law 5th Edition Dictionary: Law. A concurrent or joint resolution of legislature is not "a law," Koenig v. Flynn, 258 N.Y. 292, 179 N.E. 705, 707. "an unconstitutional statute is not a "law," Flournoy v. First Nat. Bank of Shreveport, 197 LA. 1067, 3 So. 2d 244, 248.

Calif. Government Code 22.2, "The Common Law of England, so far as it is not repugnant to or inconsistent with the Constitution of the united States [sic], or the Constitution or the laws of this state, is the rule of decision in all the courts of this state." "All Laws which are repugnant to the Constitution are null and void." Marbury v. Madison 5 U.S. 137, 174, 176

**"No one is bound to obey an unconstitutional law and no courts are bound to enforce it." 16 Am Jur 2d, 177, late Am Jur 2d 256.**

5. Title 42 USC § 1983, note 2750:

"State and municipal officers whose actions violate Constitutional rights are not protected by the State's sovereign immunity or by USCA Const. Amend. 11., Ybarra v. City of Town of Los Altos Hills, (California 1974) 503 F2d 250."

"When officers administrating a State statute act in a manner that exceeds constitutional limits, they have no claim to sovereign immunity. Law Students Civil Rights Research Council, Inc. v. Wadmond, D.C.N.Y. 1969, 209 F.Supp. 117, affirmed 91 S.Ct. 720, 401 U.S. 154, 27 L.Ed.2d 749."

Black's Law 5th Edition Dictionary page 1264, "Statutes are confined to their own territory, and have no extraterritorial effect."

6. "...false illusions as to a judge's power can hardly convert a judge's response to those illusions into a judicial act." Stump v. Sparkman, 435 U.S. 349; "Officials have no immunity from prosecution for misconduct, conduct is discretionary." Westfall v. Erwin, 108 S.Ct. 580 (1988); "While judges enjoy absolute immunity in damages for their judicial or adjudicator acts, judges are not absolutely immune from liability and damages for administrative, or legislative, or executive functions that judges may occasionally be assigned to perform..." (Emphasis added.) Forrester v. White, 108 S.Ct. 538; "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 384 U.S. 436, 491. "Public officials are not immune from suit when they transcend their lawful authority by invading constitutional rights." American Federation of State, County, and Municipal Emp., AFL-CIO v. Woodward, 406 F.2d 137; **"an...officer who acts in violation of the Constitution ceases to represent the government." Brookfield Co. v. Stuart**, 234 F.Supp. 94, 99; "An official, even in the sincere subjective belief that he is doing right, loses his cloak of qualified immunity if his actions contravene settled, indisputable law." Jackson v. State of Mississippi, 644 F.2d 1142; "...an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual' not his official capacity..." 70 Am Jur 2nd § 50, VII Civil Liability.

Black's Law 5th Edition Dictionary" Malfeasance. Evil doing; ill conduct. The commission of some act which is positively unlawful'...unjust performance of some act which the party had no right or which he had contracted not to do...wrongful conduct that affects, interrupts or interferes with the performance of official duties. State ex rel. Knabb v. Frater, 198 Wash. 675, 89 P2d 1046, 1048.

7. The United States of America, the Securities and Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland, et al are insolvent (bankrupt) corporations [Uniform Commerical Code § 1-201(23); Colorado CRS 1973 § 4-1-201]. Merchant-Judith Patton, Merchant-John Clark, Merchant-Sheriff Wilden Tucker, et al. are insolvent (bankrupt) corporations [Uniform Commercial Code §

1-201(23); Texas VTCA, Bus & C § 1.201(23)]. Once bankrupt[1] through its Principal, the BAR-Association, United States and the States of the Union as corporations signed under the Uniform Commercial Code [hereinafter UCC] and codified its **colorable law** (statutes, ordinances, etc.) policies as the myriad "United States Code" and the Texas Statutes. This colorable law is fraudulently publicized as Law. However, even your colorable law recognizes the Law, UCC § 1-103:6 and Texas VTCA, Bus & C § 1.103, which states:

> "A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law.", and further, "The Code cannot be read to preclude a common law action." See inserted attachment.

Moreover, the officers and agents of this tribunal know that there are many types of "Law" implied through the abrogation of law in operation in this country, those being: Absolute law, Adjective law, Administrative law, **Admiralty law**, law of Arms, **Bankruptcy Act**, **Canon law**, **Case law**, Civil law, Commercial law, Common law, Conclusion of law, Constitutional law, Consuetudinary law, Conventional law, Criminal law, Customary law, Divine law, Ecclesiastical law, Edict, Enabling statute, Enacted law, **Equity law**, Federal law, **Forest law**, General law, Imperative law, Internal law, International law, Law arbitrary, law of Citations, law of Evidence, law of Marque, laws of Oleron, law of the Road, Local law, Maritime law, Martial law, Mercantile law, Military law, Moral law, Municipal law, Natural law, Ordinance, Organic law, Parliamentary law, Penal law, Permanent law, Positive law, Private law, Probate, Procedural law, Prospective law, Public law, Remedial law, Retrospective law, **Revenue law**, Roman law, Special law, law of the Staple, **State law**, **Statute law**, Substantive law, Sumptuary law, Tacit law, **Tax Law**, Unwritten law, or **Written law**? Each one would require a different approach when addressing the issues. As you know or should know, the words in bold are false conveyance of language and when used by the corporate government to take property, rights or imprison a natural person it is a felony under the common law (fraud) and under the anti-law known as statutes (Title 18 Code of the United States §1001, "Statements or entries generally,"). You not establishing the type of "Law" used nor the jurisdiction allows you to switch from one to the other without notice which would place me on a slippery slope. The Accused states merely that "FEDERAL LAW REQUIRES YOU TO COMPLY WITH THIS SUBPOENA." I do believe that subject-matter and personam jurisdiction would have to be determined and proven before you can threaten me. Moreover, there are other questions of jurisdiction, for instance do you claim jurisdiction of: Admiralty, American Common Law, American Equity-Law, Ancillary, Appellate, Concurrent, Contentious, Continuing, Coordinate, Criminal, Equity, Exclusive, Foreign, General, International, Legislative, Limited, Jurisdiction in personam, Jurisdiction in rem, Jurisdiction quasi in rem, Military, Original, Pendent, Plenary, Primary, Probate, Special, Subject-matter, Summary, Territorial, or Voluntary?

**Hence this "Complaint" is filed as a <u>Common law-action.</u>**

8. You have assumed silent judicial notice that I am a juristic person bankrupt under the terms of the international contractual obligations whereupon the corporate United States contracted with international bankers[2] [Federal Reserve] for the use of commercial paper in the form of "Federal Reserve Notes." Let the record reflect that any commercial paper I use is received and tendered "without prejudice"

---

[1] Article I Sec. 10, Constitution for the United States of America: "No State shall...make any Thing but gold and silver Coin a Tender in Payment of Debts." Since there is no gold or silver coin in circulation, this State operates on promissory notes, *commercial paper* (e.g., Federal Reserve notes). Commercial paper cannot pay a debt but sets aside the debt for future payment *(credit)*. However, the future payment is not specified. This fraud effectively traps one into a perpetual co-surety obligation to the corporate U.S.; State; and, the Federal Reserve. These facts are not disclosed to the American public.

[2] Circa 1938, Pres. Franklin D. Roosevelt's borrowed credit from international bankers to finance his "New Deal."

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 7 of 43

(UCC 1-207) and, "without Dishonor" therefore, my unalienable Rights are <u>not</u> thereby prejudiced. Let the record further reflect that the language "Federal Reserve Note" is false conveyance of language, inasmuch as the word Reserve is a noun that has been converted into an adjective modifying the noun Note, there is no such phraseology; therefore, this is a false conveyance of language and a felony. Furthermore, the language "Federal Reserve Note" implies that there is a storehouse (reserve) of obligations or debts (notes) someplace.

        9. I am **not** a "statute" merchant[3]. Thus, **my Rights are not hereby prejudiced.**

        10. The U.S. and State-governments proceed under a questionable jurisdiction as displayed by the Federal and State military flags[4] donning the interior walls of the "courts." The flag of the Republic is displayed **Nowhere** in the "courthouses." The exhibited military flags render the proceedings Admiralty. However, the jurisdiction is proclaimed that of a Court-of-Law. When this fact is addressed in the proceedings the judge threatens the addresser with a charge of contempt of court. The addresser then faces unlimited imprisonment or fines. Covertly, the judiciary is proceeding as military tribunals enforcing martial law. Kidnapping, piracy, duress and menace are the vehicles used to perpetrate this fraud.

        11. Attorneys at law are considered by statute and the judiciary to be "officers of the court." **Judges, Prosecutors,[5] and private "licensed" practitioners of the statutes are Attorneys at law.** Prosecutors and private practice Attorneys initiate civil and criminal proceedings in the tribunals represented as Courts-of-Law. Prosecutors present themselves as executive officers but, in fact, call themselves judicial officers (officers of the court). This being true, these officers of the court have modified the judiciary into a self-initiating business entity servicing its esoteric soldiers.

        Moreover, Attorney's at law are statute "merchants," as defined in the Federal and State corporate business-code, UCC § 2-104(1) and Texas VTCA, Bus & C § 2.104, holding membership and swearing allegiance to the corporate business entity known as the BAR-Association. Attorney's that write and enforce the statutes are required to be BAR-Association Attorneys at law before holding the positions referenced. Thus, a private corporation has/is dubbed(ing) its members **Esquire;** a title just under nobility meaning shield bearer, and strategically positioning its body to control and become the government **(treason).** The **BAR** in BAR-Association stands for **British Accredited Registry [hereinafter BAR]**, and the BAR-Association is owned and controlled by the Templar BAR which is owned and operated by "The City" a/k/a "The Crown" in the City of London. Common sense would then dictate that the BAR-Association Attorneys are shield bearers for the Rothschild family, in other words, foreign agents (once again treason). We Thee People further reserve our Rights at Article IV Sec 2 Clause 1; The Citizens of each state shall be entitled to all Privileges and Immunities of Citizens in the several states."

        12. The U.S., State, County, City, Town, and Municipal police officers have become glorified corporate security-guards impersonating "peace-officers." The function of government was lost once the corporate governments moved into a sub-status of subsidiary corporations under the federal corporation through bankruptcy. The aforementioned became corporate businesses devouring (annexing) property and people leaving in their wake subjects and denizens bound by corporate tyranny. These corporations nefariously embraced the Uniform Commercial Code and codified it into their own contractual conditions. The corporate interest was then proliferated and the natural rights of the people were extirpated. These conspiracies evinced the birth of the corporate "law enforcement officer" or corporate security-guard. The corporations supra did not inform the American people that through fraud they had lost police powers under the individual and several Constitutions and that the new job of their security-guards was to process people and feed the socialistic behemoth called government through colorable law

---

[3] (Attorney at law a/k/a solicitor) UCC § 2-104(1) and Texas VTCA, Bus & C § 2.104.
[4] Title 4 USCS (and USCA) § 1 INTERPRETIVE NOTES AND DECISIONS "Placing of fringe on national flag...within discretion of President as Commander-In-Chief of Army and Navy. (1925) 34 Op Atty Gen 483."
[5] Attorney's Generals (federal and State); U.S. Attorneys; Prosecuting Attorneys; District Attorneys; etc.

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 8 of 43

a/k/a statutes. "Law enforcement officers" do not enforce law but enforce colorable law (conspiracy to commit treason). The American people are left with no police power to offset the tyranny of the corporate government from the BAR-Association and the corporate security-guards, and protect the interest, person and res of the body politic "We the People."

For instance, the corporate security-guards (statute-enforcement-officers) that are impersonating peace officers do, willfully and knowingly, shoot the unsuspecting public with radar; a high frequency electromagnetic beam that is injurious to our cells. These security-guards have a high incidence of testicular cancer and brain-tumors, demonstrating the danger to them and us but do not demonstrate the intelligence to stop placing them or us in jeopardy. Or, in the alternative, the BAR-Association government withholds vital information of the connection between "radar beams" and physical and psychological dangers by reporting information published through their licensed medical profession. In other words, those who could, and often times do, lose their license to "practice" medicine if they whistle-blow on the BAR-Association government (assault and battery, voluntary man-slaughter, in some cases murder, criminal negligence).

Moreover, these Statute-enforcement-officers have conspired to commit treason with the infamous BAR-Association by arresting, assaulting, confiscating private property and sometimes maiming or murdering "We the People" under the guise of law; when, in fact, they enforce the abrogation-of-law called statutes. If "We the People" actually had a Police-force, the BAR-Association Attorneys at law would be arrested for treason and your reign of tyranny would come to an end. Ignorance of the law is no excuse; therefore, the corporate security-guards are acting with criminal intent.

13. Through willful and knowing deception the BAR-Association and Rothschild Bank-Cartel [hereinafter Bank-Cartel] United States totalitarian government has usurped all rights and powers over the American people through felonious false conveyance of language, herein listing but a few:

**Adjective~Noun**

| | | |
|---|---|---|
| Driver's License | Business Tax | District Attorney |
| Marriage License | Income Tax | Police Officer |
| Business License | Vehicle Registration | Court Clerk |
| Occupational License | Building Permit | Case Number |
| Property Tax | Attorney General | County Sheriff |

**Adjective~Adjective~Noun**

| | | |
|---|---|---|
| Social Security Number | District Court Judge | Bandera County Court |
| Municipal Court Judge | Circuit Court Judge | Texas Driver License |

As the legislative, executive and judicial branch people, the professionals, well know, these phrases begin with a noun-and end with a noun-in their proper sense. However, when placed together the first noun-modifies the second noun, which thereby converts the first noun-into an adjective. Thus, Driver, Marriage, Business, Occupational, Property, Income, Vehicle, Building, Attorney, County, Police, Court, Case and County have all been relegated into the realm of adjectives used to modify the nouns-License, Tax, Registration, Permit, General, Recorder, Officer, Clerk, Number and Sheriff, respectively. Additionally, the language Social, Municipal, District, Circuit, States and Texas and Colorado become adjectives inasmuch as they modify the nouns-Security, Court, District and Driver; and, Security, Court, District and Driver become adjectives inasmuch as they modify the nouns-Number, Judge, Court and License, respectively. As to the term "Jury Trial," on the other hand, the word-Jury has a form-definition as an adjective, which means "Makeshift." Thus, a "Jury Trial" is a "Makeshift Trial", and therefore, not the real thing. This language evinces the intentional criminality of the BAR-Association and Bank-Cartel United States totalitarian government. Instead, in law we have a "Trial by Jury," which happens to be guaranteed by the Constitution for the United States of America. "Trial by Jury" is a proper conveyance of language and it means that the jury decides the law and the fact, thus,

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 9 of 43

taking the nefarious BAR-Association and Bank-Cartel United States totalitarian government out of the picture. Unlike the present-day system of injustice, the judge in a case in law is simply a referee, not a tyrant. There are no definitions for these coined words listed supra as adjectives and, therefore, the phraseology then becomes a false conveyance of language. These grammatical amalgamations bastardized into the fabric of our language were to promote common usage and, therefore, gradually juxtapose the substance of our language to create a system of injustice that mirrors our proper system of law. The criminal aspect is that the BAR-Association and Bank-Cartel United States totalitarian government commit fraud and more heinous crimes against the American People in order to usurp jurisdiction over them and seize their time, monies, life and property uses these false conveyances of language. Time is seized through actual or threatened false imprisonment if one violates the well over Sixty million anti-laws known as statutes. Monies are taken through "deception by brainwashing" in the BAR-Association's and Bank-Cartel United States totalitarian government controlled schools and through terrorist threats from the corporate-government officers and agents against the American Citizenry. Lives are taken through many anti-laws known as statutes, which murder or threaten to murder the American People if we do not genuflect to the will of the BAR-Association and Bank controlled government. Property is seized through a fallacy known as eminent domain where the concept was lost that "We the People" are free and we comprise the first branch of the de jure government. Now we have become subjects of the BAR-Association and Bank-Cartel totalitarian-government, and no longer the de jure government. In the phraseology "eminent domain" the word-eminent is an adjective, which modifies the noun-domain, and therefore, is used in its proper sense when associated with the forms of government found in feudalism, totalitarianism, communism, Nazism, fascism and other tyrannical governments. A rhetorical question comes to mind: "Is there any doubt why in the land of the free one out of every thirty Americans is in prison, on probation or parole?

   Yirmeyahu (Jer.) 9: 5 – 8 "And everyone who deceives his neighbour, and no one speaks the truth. They have taught their tongue to speak falsehood, and have wearied themselves to crook. 'You live in the midst of deceit; through deceit they have refused to know Me," declares Yahuah…Their tongue is an arrow shot out. It speaks deceit – speaks peaceably to his neighbor with his mouth, but in his heart he sets his ambush."

   The BAR-Association writes, prosecutes and enforces the well over Sixty million anti-laws known as statutes to herd the American Citizenry into its totalitarian-government and its one-world order where the BAR and its principal, the Bank-Cartel have absolute power and control over the world. This false language was instituted by the BAR and the Bank-Cartel, in order to facilitate a gradual indoctrination into anti-law, and, through time, "We the People" were ebbed into a totalitarian type of government, the anti-law having grown into a staggering well over Sixty million statutes.

   Dani'el 7: 25 "and it speaks words against the Most High, and it wears out the set-apart ones of the Most High, and it intends to change appointed times, and law,…"

   **Hoshea 12: 7 "A merchant! In his hand are scales of deceit, he loved to oppress."**

   It should also be noted that the BAR-Association totalitarian government and its principal the Bank-Cartel regulate what is taught in the schools, and these false conveyances of language are taught to be proper legalese. The Savior-יהושע (Yahushua-Messiah) warned us in Yohanan (John) 2:16 when He overturned the tables of the merchants (moneychangers) at the set-apart place of worship saying, "Take these away! Do not make the house of My Father a house of merchandise!" The tribunals fraudulently known as our courts have become dens of thieves and headquarters for the moneychangers. In "The Scriptures," Mishlĕ (Proverbs) 6:16–19: the Heavenly Father, Yahuah of Hosts, through King Shelomoh (Solomon), addressed these matters, to wit: "These six matters יהוה (Yahuah) hates, And seven are an abomination to Him: A proud look, A lying tongue, And hands shedding innocent blood, A heart devising wicked schemes, Feet quick to run to evil, A false witness breathing out lies, And one who causes strife among brothers." We are given the answer in Mishlĕ 29:18 "…But blessed is he who guards the Torah (law)." The Law comes from the Commandments/Covenant of the Heavenly Father-Yahuah, not through

the whims and unlawful dealings of the financial opportunistic carpetbaggers and moneychangers, a/k/a merchants, known as the BAR-Association, the present-day corporate judiciary and the Bank-Cartel.

### The following are the written Facts of this Case.
#### Martha E. Cooper

I, Martha E. Cooper, also in voice/writ for my husband, Austin Gary Cooper, kidnapped and held against his will, not being given his right to file anything; declare our union under Matt 19: 6 "So that they are no longer two, but one flesh. Therefore, what Elohim has joint together. Let man not separate."; do hereby state the following, hereafter I/We:

1) I/We am competent to make statements as to the matters set forth herein
2) I/We am of the age of majority
3) I/We have first hand personal knowledge of the facts set forth herein
4) That I have stated the following truthfully and to the best of my ability.
5) This affidavit is made in accordance with FRCP 9(a).
6) An affidavit, unless rebutted, stands as the truth. Black's Law 5th Edition Dictionary: Affidavit. A written or printed declaration or statement of facts, made voluntarily, and confirmed by the oath or affirmation of the party making it, taken before a person having authority to administer such oath of affirmation."

1. I, am a woman, on the Land, appearing as Martha E. Cooper; I/We am making a restricted appearance, appearing specially, at arms length and not generally in this matter.

   a. For the record, the said complaint filed 1-2-04 which has not been refuted, denied or objected to is reiterated as said: "This document is a Third Addendum and Amendment to the filed and proven thiryy- (30) counts of treason and thirty-(30) counts of conspiracy to commit treason by the federal now, "quasi-judiciary" and its merchants-judges, i.e., Lewis T. Babcock, William M. Hoeveler, and the other accused."

   b. "On December 10, 2003 C.E., the Accused, by and through merchant-Martin M. Shoemaker and Merchant-John W. Suthers, filed several unintelligent documents having the titles "UNITED STATES' MOTION TO HOLD DEFENDANTS IN CONTEMPT," "UNITED STATES' MOTION FOR SHOW CAUSE ORDER," THIRD DECLARATION OF MARTIN M. SHOEMAKER," "MEMORANDUM IN SUPPORT OF UNITED STATES' MOTIONS FOR SHOW CAUSE ORDER AND TO HOLD DEFENDANTS IN CONTEMPTM" proposed "ORDER TO SHOW CAUSE' and "CERTIFICATE OF SERVICEM," which combined has one hundred-seventy five- (175) felony false conveyances of language, ninety three-(93) conclusions of law, and one hundred and fifty- (150) patently fraudulent statements,."

   c. "The merchant Accused, "merchants-Babcock, Shoemaker, Suthers and the others" were served with thirty-(30) counts of treason and thirty- (30) counts of conspiracy to commit treason. The merchant-Accused has not denied to nor objected to the facts enumerated and articulated therein. The evidence proves that the Accused, through merchant-Babcock, is attempting to obstruct justice and witness tampering." To writ as these were sent by via Certified mail on the 2 day of January, 2004."

   d. To writ and not denied, Austin Gary Cooper was thereby in said hearing before merchant-judge Stirman, was denied any semblance of any law or "due process of law" and "railroaded" after the tampered jury found him guilty of a traffic violation that was dismissed by merchant-judge Christine Carney previously.

   e. Having Mr. Cooper falsely incarcerated for crimes that he did not commit, merchant-Lewis T. Babcock proceeds to make him a hostage to a fictitious federal case of "contempt".

   f. Having served 10 month imprisonment, released with no stipulations or contingencies on 11-12-04 for said "contempt", still, for a crime that never was established and for charges that never has been

stated or proven in said alleged Civil Action-No.03-B-1127(PAC) Mr. Cooper now faced again the tyranny of false arrest (kidnapping) and being held hostage to the Federal Marshal with again no proof of jurisdiction or established crimes between two moral beings. In there being that Mr. Cooper's Rights are being criminally quashed again. The alleged number 06mj0111 and the number 03-B-1127(PAC) are without a shadow of a doubt, one in the same, which the Accused are conspiring against the Accusors: I/We.

      g. I Martha E. Cooper in like, was held hostage from 5-7-04 to 11-12-04 was rendered the same violence of kidnapping and unlawful incarceration without judicial or proper proceedings. This illustrates an obvious malice abuse of lawful process.

2. I am neutral in the public. I am a woman and I do not appear in the public. My name is spelled under Common Law is, Martha E. Cooper and/or Martha Ellen Cooper. See inserted attachment. Any other spelling of my name, such as but not limited to: MARTHA E. COOPER or any derivation thereof spelled in all capital letters, is not me, but rather is a corporation/trust and I deny having any connection/liability to any such corporation/trust. I and my husband are Non assumpsit. My husband Austin Gary Cooper has claimed his right under these laws as well and was denied his unreliable rights under the Heavenly Father Yahuah our Elohim and his right as an American Citizen under the Common Law and Constitution for the United States. For the U.S., and not "of" belonging to. See Court cases below as added in this documentation.

3 I/We were criminally harassed with criminal and fraudulent papers to try to get jurisdiction by said Anthony Romero who did not willfully or otherwise deliver proper and lawful proceedings in this said matter and I formerly charge him with criminal fraud, using the post office to inject these fraudulent papers.

4 I am a woman, on the land, a lawful woman, capable of bearing an oath. I am not U.S. citizen, nor a 14 amendment citizen, or a Washington D.C. citizen. There is no evidence that I am a U.S. citizen, a 14 amendment citizen, a United States citizen, or a Washington D.C. citizen and I believe none exists. All principals have been served to such.

5 I/We expressly deny any liability in the alleged case number 06-MJ-1111 or any numbers/letters thereabouts or the like, before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO" (false conveyance of language – felony!), or in any other "U.S. COURT" (false conveyance of language), which are legal fictions operating in commerce for profit under limited liability insurance. There is no evidence to the contrary and I believe none exists. It is the same is writ that "The United States" is a fiction and not a living being, so it is impossible that this entity can come against me and my husband Austin Gary Cooper for no injured party can come from a non living entity. "INFORMATION" is false conveyance of language.

6. I/We expressly deny that there is an injured party in this alleged case and believe that none exists, considering the "U.S. Government" (false conveyance of language) is a fiction, so how can this fiction act as a living natural person? Cannot act a such, so this is a farce and fraud. See insert attached.

7. I/We hereby establish our claim of false conveyance of language and criminal intent to the Accused to use false language to trap innocent Law abiding Citizens.

8. I/We expressly deny any liability to the I.R.S. and believe that no liability exists, nor do we grant them according to Title 12 permission to harass us.

9. I/We expressly deny ever receiving any benefit privilege from the "court" in the instant matter, nor were there any instruction(s) upon our release from our being held hostage. This trumped up charges of contempt are criminally induced and have only malice and forethought to corrupt the lives of good people, i.e. myself and Austin Gary Cooper.

10. I expressly deny being accountable for the errors and omission of the offeror of this alleged case and/or charges. Again non assumpsit.

11. I expressly deny that there is any specific case and /or said "injunction" probation/parole or the like that exist against me and Austin Gary Cooper today.

13. I expressly deny that the "court" has jurisdiction over me, and never has the living woman, and my

husband Austin Gary Cooper; I do not nor have not ever grant the "court" jurisdiction in this matter. Further, I squarely challenge the issue of jurisdiction being claimed by the prosecution in this alleged case and demand that they clearly and specifically show precisely where, how and what law it is that they believe grants the "court" with jurisdiction in alleged case Number 06-MJ-01111 and/or 06-1111-BNB before the "UNITED STATES DISTRICT FOR THE DISTRICT OF COLORADO" or, in any "U.S. COURT" in this matter, as I shown that none exists.

14. In 44 U.S.C. Section 3512 of the Act, titled "Public Protection," it says that no natural person shall be subject to any penalty for failing to comply with an agency's collection of information request (such as a 1040 form), if the request does not display a valid control number assigned by the Office of Management and Budget (OMB) *in accordance with the requirements of the Act*, or if the agency fails to inform the person who is to respond to the collection of information that he is not required to respond to the collection of information request unless it displays a valid control number. Thus the OMB is not even in writ, making the said "summons" invalid and void.

15. Summons according to Black's Law 5th Edition: "Instrument used to commence a civil action or special proceeding and is a means of acquiring jurisdiction over a party. In re Dell, 56 Misc.2d 1017, 290 N.Y.S.2d 287, 289." Therefore said "summons" is fraudulent, using the means of trickery, that the word "criminal" is used with said word summons.

16. There was no judicial officer (judge's) signature or seal on said "summons", and my name presented in all Capitols is false conveyance of language, thereby making my husband's arrest, Austin Gary Cooper and detainment fraudulent and criminally unlawful. "Ignorance of the Law is no excuse."

17. Further a "summons" is attempting to create a civil case in which this said document is trying to criminally usurp a "criminal case".

18. These actions are a direct violation of title 17 rule 4 of the "Rules for Federal Criminal Procedure. Since proper proceedings never existed, especially a judge's name and signature and seal, then the said "summons" is void on its face, for it also does not specify if this is a copy or the original service of said fraudulent "summons".

19. Gregory C. Langham has two separate signatures. Criminally induces him as either a forgery maker or a Schizophrenic.

20. Willfully and criminally holding Austin Gary Cooper's mail from him to criminally keep him from his due process of law. In so doing, et al is hereby conspirators in tampering with a human being, Austin Gary Cooper's mail and the due process of any semblance of law, declaring your criminal intent and maliciousness and is hereby a federal offense.

21. Merchant Anthony Romero harassed the said lady, Elizabeth at the "mail box" store, 1132 Main Street, Bandera Texas 78003, to have her become his process server. He then criminally stalked her by phone to intimidate her to "get the job done." Is this hearsay, as when Merchant Anthony Romero committed perjury on the stand last 7-03-06 making his claim without any evidence? This statement is hereby the truth and not hearsay.

22. In so doing, el all is charged with kidnapping of my husband Austin Gary Cooper and the conspiracy to kidnap of me on and or after said July 11, 2006 from said Sheriff's and Bandera Police and the "acceptable" practice of terrorism from Merchant-Judge/magistrate Pamela A. Mathy.

23. I also hereby charge Judge/magistrate Pamela A. Mathy, et al, of conspiracy of kidnapping in accordance to Title 18 Chapter 55 USC Sec. 1201

24. That we are not bound by any current or otherwise said "injunction".

25. Therefore the said "contempt of injunction" is fraudulent and criminally trying to be usurped being that there has been absolutely any "Due process of law or constitutes any unconstitutational prior restraint on speech or the press." The said "permanent injunction" is hereby fraudulent on its face as well, for it did not seek to exhaust all its remedies in holding Austin Gary and myself as kidnapped natural beings against our will, as it was in writ that "it is premature to release the Coopers since they

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 13 of 43

have not requested to be released" is of ludicrously criminal serge of Merchant-judge Lewis T. Babcock, et al. Merchant-Lewis T. Babcock stated that there is no Constitution in Colorado many times, making the corporation of the "U.S." a treasonous fictitious entity by which he and the et al criminals at large are up holding.

26. On July 3rd, 2006, Patrick Cody Morgan, hereafter, Morgan and Gary McDuff, hereafter McDuff, attended the "Identity Hearing" in which victim and kidnapped living man, Austin Gary Cooper at the "United States District Court" in San Antonio, Texas, where victim and kidnapped living man, Austin Gary Cooper, was brought.

27. Austin Gary Cooper, hereafter Mr. Cooper, was held in shackles at the "defendant's" table when Merchant-Magistrate Mathy appeared in the "courtroom" using Judge John W. Primomo bench with his name presented thereof. Therefore, who was she **identifying** herself as?

28. At approximately 9: 28 a.m., Morgan approached Mr. Cooper and asked him if he had received the overnight documents mailed by Martha Ellen Cooper on Friday, 6-30-2006. Mr. Cooper said he had not received any mail.

29. Morgan opened his portfolio to hand Mr. Cooper a copy of said documents. At that time Morgan was approached by a "U.S. Marshall" sitting next to Mr. Cooper and told me I could not speak with the prisoner.

30. The Marshall then told Mr. Cooper he was to turn around and look towards the front of the "courtroom".

31. At approximately 9:30 a.m., Merchant-Magistrate Mathy heard the initial remarks of the Assistant-U.S. attorney, Merchant-Judith Patton.

32. Upon the conclusion of Ms. Patton initial remarks, the Merchant-Magistrate asked Mr. Cooper did he wish to speak.

33. Mr. Cooper informed the Merchant-Magistrate he was kidnapped by the U.S. Marshals for the last 5 days and was being held in solitary confinement without access to the law library, phone or mail.

34. Mr. Cooper informed the Merchant-Magistrate he was being held under duress, without prejudice, and in "propria persona".

35. Merchant-Prosecuting Attorney Clark Adams then stated to the Magistrate that he was fired, even though past and foregoing evidence will dictate that Mr. Cooper would never hire an attorney when he declared himself, under duress, without prejudice, and in propria persona. Thus Mr. Cooper did not acknowledge said Prosecuting-Attorney, and would not speak to this said man.

36. Mr. Cooper informed the Merchant-Magistrate he was **demanding** her Oath of Office and **demanding** her Bond-Number.

37. Mr. Cooper further stated that he was bonding the case for twenty-one silver dollars and was making a contract between the Common-Law living man, Austin Gary Cooper and her, who was sitting behind the name: John W. Primomo.

38. Merchant-Magistrate Mathy informed Mr. Cooper that he would have time to speak after the fiction-Prosecuting Attorney entered her opening remarks.

39. During the proceeding Mr. Cooper cross-examined Mr. Romero. Who he is to this proceeding is still a mystery as to why an "IRS agent" is trespassing an alleged "contempt" case.

40. Mr. Cooper asked Mr. Romero if he had taken an Oath of Office.

41. Merchant-Magistrate Mathy said Mr. Romero he did not have to answer that question, denying Mr. Cooper his right to "due process of law"

42. During the proceedings, Mr. Cooper stated he was not the person named in the information presented to the tribunal by Mr. Romero.

43. Mr. Cooper stated his birth name was not spelled in all upper-case letters.

44. Then Mr. Cooper stated that the tribunal had provided no evidence that he was in fact the "AUSTIN GARY COOPER" named in the said information and the said agents of the government had provided no evidence supporting their claim of such identity.

45. Merchant-Prosecuting attorney Clark Adams then was asked for his comment, thus stating in

"session of court" that he was not his attorney, for Mr. Cooper did not hire me, Mr. Adams further stated he found no evidence either to support that Mr. Cooper be held any further, and that he should be released immediately.

46.  Merchant-Magistrate Pamela A. Mathy was on the computer as if she had heard nothing then stating that it was in her opinion that she was satisfied with the finding and Mr. Cooper was going to be transported to Denver, Colorado to face the alleged charges of contempt of injunction.

## CRIMINAL COMPLAINT

**For every criminal count I hereby adopt and incorporate the following paragraphs-letters-A through E as if fully set forth at length.**

**A.**  I/We hereby adopt and incorporate the Facts, supra, as if fully set forth at length.

**B.**  I/We hereby adopt and incorporate the Notice of Surety-Act and Bond as if fully set forth at length.

**C.**  I/We hereby adopt and incorporate the Waiver of Perjury-Immunity as if fully set forth at length.

**D.**  I/We hereby adopt and incorporate the Notice and Demand for Oath of Office and Bond-Information as if fully set forth at length.

### Counts I through LXII.

**Treason -Counts I, III, V, VII, IX, XI, XIII, XV, XVII, XIX, XXI, XXIII, XXV, XXVII, XXIX, XXXI, XXXIII, XXXV, XXXVII, XXXIX, XLI, XLIII, XLV, XLVII, XLIX, LI, LIII, LV, LVII, LIX and LXI. Conspiracy to commit Treason - Counts II, IV, VI, VIII, X, XII, XIV, XVI, XVIII, XX, XXII, XXIV, XXVI, XXVIII, XXX, XXXII, XXXIV, XXXVI, XXXVIII, XL, XLII, XLIV, XLVI, XLVIII, L, LII, LIV, LVI, LVIII, LX and LXII.**

**I and II** - As written in my filed documents to the corporate chief officers, the tribunals display the Federal military flag as its jurisdiction. It has been declared in "Title 4 U.S.C.S. Lawyers Edition, § 1 INTERPRETIVE NOTES AND DECISIONS "Placing of fringe on national flag...within discretion of President as Commander-In-Chief of Army and Navy. (1925) 34 Op Atty Gen 483." In addition, "Pursuant to U.S.C. Chapter 1, 2, and 3; Executive Order No. 10834, August 21, 1959, 24 F.R. 6865, a military flag is a flag that resembles the regular flag of the United States, except that it has a Yellow Fringe, bordered on three sides. The President of the United states designates this deviation from the regular flag, by executive order, and in his capacity as COMMANDER-IN-CHIEF of the Armed forces."
Moreover, the Congress willfully and knowingly overstepped its power, to wit: in 1845 Congress passed an act saying Admiralty-law could come on land. The bill may be traced in Cong. Globe, 28th Cong., 2d. Sess. 43, 320, 328, 337, 345(1844-45), no opposition to the Act is reported. Congress held a committee on this subject in 1850 and they said: "The committee also alluded to 'the great force' of 'the great constitutional question as to the power of Congress to extend maritime jurisdiction beyond the ground occupied by it at the adoption of the Constitution....'" - H.R. Rep. No. 72 31st Cong., 1st Sess. 2 (1850)."
   Thus, all tribunals in this country are Administrative court-martials and the BAR-Association-Attorneys have overthrown the American people and the American form of government by extirpating the civil

authority and removing the Judiciary in favor of their military quasi-judiciary [Something that appears to be a proper judiciary but is not.].

Mikah 3: 11 "Her heads judge for a bribe, her priests teach for pay, and her prophets divine for a price. Yet they lean on Yahuah, and say, "Is not Yahuah in our midst? Evil does not come upon us."

**III and IV** - The judges are members and swear allegiance to a private corporation known as the BAR-Association. The BAR-Association is owned by the Templar BAR, which Templar BAR is located and owned by "The Crown" a/k/a "The City" in London, England. "The Crown" a/k/a "The City" is owned by the Rothschild-Bank-Cartel and the Rothschild-family. Further, the Rothschild's are known to have the position of "Guardian of the Vatican's-Treasury," thus, the Rothschild-family represents the interests of the Vatican. Hence, the judge is a foreign agent conspiring with other merchant-Attorney-judges commandeering the judiciary of the United States of America and the Texas-State to overthrow the American people and the American form of government.

**"His [the attorney's] first duty is to the court, not to the client, and wherever the duties he owes to the client conflict with the duties he owes to the court, as an officer of the court in the administration of justice, the former must yield to the latter." Corpus Juris Secundum, Attorney & Client, Sec. 4, pg 802. (See Hoshea 12: 7 again!!)**
**The "mother" of whores sits where? Rev. 17: 9 "Here is the mind having wisdom: The seven heads are seven mountains on which the woman sits." = Rome.**

Furthermore, the word-Attorney is taken from the words:
**Attorn** / v. Me. [Origin French. atorner, aturner assign, appoint, f. a-torner turn v.] 1. v.t. Turn; change, transform; deck out. 2. v.t. Turn over (goods, service, allegiance, etc.) to another; transfer, assign. 3. v.i. Transfer one's tenancy, or (arch.) homage or allegiance, to another; formally acknowledge such transfer. Attorn tenant (to) Law formally transfer one's tenancy (to), make legal acknowledgment of tenancy (to a new landlord). – Oxford English Dictionary 1999.
**Attorn**, v.i. [Latin ad and torno.] In the feudal law, to turn, or transfer homage and service from one lord to another. This is the act of feudatories, vassals or tenants, upon the alienation or the estate. – Webster's 1828 Dictionary.
**Attornment**, n. The act of a feudatory vassal or tenant, by which he consents, upon the alienation of an estate, to receive a new lord or superior, and transfers to him his homage and service. – Webster's 1828 Dictionary.
**Attornment** n. the transference of bailor status, tenancy, or (arch.) allegiance, service, etc., to another; formal acknowledgment of such transfer: lme. – Oxford English Dictionary 1999.

Thus, it is clear that an Attorney is one who **transfers or assigns, within the BAR, another's rights and property, acting on behalf of the ruling crown ("The Crown" a/k/a "The City" in London, England; in other words this countries de facto government).** In other words, when Attorneys call themselves officers of the court, they are correct in that they are all government agents; however, they serve a foreign government. The American people are deceived into believing that they [the BAR] are neutral and working on behalf of justice, not serving their BAR-Association.

Is it any wonder to conclude why it is "Attorney at Law" as to say: "at your throat". Hoshea 10: 13 "You have ploughed wrongness, you have reaped unrighteousness, you have eaten the fruit of lying, because you trusted in you own way, in you many mighty men."

**V and VI** – The federal and State-tribunals use felony false conveyances of language as its vehicles of jurisdiction over the American People. The BAR-Association-Attorneys has dubbed this tribunal the "United States District Court." The phrase-"United States" is a noun-phrase that has been converted into

an adjective modifying the noun-District; the word-District is a noun that has been converted into an adjective modifying the noun-Court, there is no such place; therefore, this is a false conveyance of language and a felony. Properly read according to English-grammar, this language would be, "United Court." Hence, in order to perform their dastardly criminal deeds, the BAR-Association has created one-world-order-Tribunals they advertise as Courts in order to pillage and plunder the wealth and rights of the American people and to overthrow the American form of government.

In addition, the statutes are written in false conveyances of language in order to usurp jurisdiction over the American People and trap the American People under a language that does not exist. This falsification of language opens a Pandora's-Box against the American People with the BAR-Association and its principal, the Vatican and Rothschild-Bank-Cartel, as a totalitarian government, rather like a sophisticated and contemporary Spanish-Inquisition. A false language has been created by the BAR where justice has no stronghold, where charges have no meaning according to the language; thus, the corporate government assumes the authority to plunder and pillage the American People. Through corruption and false language "We the People" are charged with the anti-law called statutes and commanded to answer to the charges; however, it is difficult to answer when one does not understand the question. Hence, the BAR-Association, through its opinions, have exercised the "Humpty-Dumpty" methodology of control, wherein they have ruled the people under the now quasi-judiciary with the dictates that "everything means exactly and precisely what I [the BAR-Attorneys] say it means at the time."

        I Cor 6: 1, 5 "Should any of you, holding a matter against another, go to be judged before the unrighteous…I say this to your shame."

**VII and VIII** - The judge has everyone "rise" when proceeding to his/her thrown. History recognizes that the judge would carry in the Bible with him and that the people would rise up in reverence to the word of the Heavenly Father-Yahuah, not the judge. Further, the Bible would render the hearing one under the common law, said Bible containing the Law burned into stone by the Heavenly Father finger, wherein the unalienable rights of the accused would naturally be protected. It was not known at the time that the BAR-Association was covertly planning and implementing its take over of the American form of government. However, when the judge stopped carrying in the Bible the hearing became a "Royal court" inasmuch as the judge is dubbed "Esquire," an English title just under nobility meaning "shield-bearer." Now, the "common law"-Court of Law has been overthrown in favor of the BAR-Association's-sovereignty known as "The Crown" a/k/a "The City" in London, England and proceeding under the "Royal court" of "The Crown." Thus, through this treason and conspiracy to commit treason the American people have become subjects in their own country and their own land.

    Acts 12: 21 – 23 "…Herod, having put on his royal (black) clothes (robes), sat on his throne and gave an address to them…people kept shouting, "the voice of a mighty one and not of a man!" And instantly a messenger of Yahuah smote him, because he did not give the esteem to Elohim. And becoming worm-eaten, he died."

    Yeshayahu (Isa) 42: 8 "I am Yahuah, that is My Name, and My esteem I do not give to another, not My praise to idols." 44: 6 "Thus said Yahuah", Sovereign of Yisra'el, and his Redeemer, Yahuah of hosts. 'I am the First and I am the Last, besides Me there is no Elohim."

    Matt. 28: 18 – 20 "And Yahushua came up and spoke to them saying, "All authority has been given to Me in heaven and on earth. "Therefore, go and make taught ones of al the nations, immersing them in the Name of the Father and of the Son and of the Set-apart Spirit, teaching them to guard all that I have commanded you. And see, I am with you always, until the end of the age." He did not ask permission to get a license either to teach or for us to teach with said license of fraud, which is against our inalienable rights.

    I Tim. 6: 14 – 16 "that you guard the command spotlessly, blamelessly, until the appearing of our Master Yahushua Messiah, which in His own seasons He shall reveal – the blessed and only Ruler, the

Sovereign of sovereigns and Masters of masters, who alone has immortality, dwelling in the unapproachable light, whom no one has seen or is able to see, to whom be respect and everlasting might."

**IX and X** - The Attorneys of the BAR-Association have willfully and knowingly sold out their country to serve "The Crown" a/k/a "The City" in London, England. Then, they have, with treason in mind and deed, removed the Flag of the Republic in favor of their Admiralty-flag to remove the "Courts of Law" and replace them with "Military tribunals" under an Admiralty-flag and a foreign government. The corporate government through the BAR-Association then created a sub-status citizenship found in the questionably ratified Fourteenth Amendment to the Constitution for the United States of America and written as "citizen of the United States." Further, they then quote cases stating their jurisdiction is based on the American People being "United States citizens." The phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-citizen, there is no such creature; therefore this is a false conveyance of language and a felony. When properly read, this phrase would be "non-existent citizen." Through this sub-status and/or non-existent citizenship the "BAR" and its corporate government made the American Citizens property of the corporate state and assumed a dictatorial position over the people and the American form of government.

       Yirmeyahu (Jer.) 5: 19 "... 'As you have forsaken Me and served foreign mighty ones in your land, so you shall serve foreigners in a land that is not yours.'"
       Hoshea 2: 16 "And it shall be, in that day, "declares Yahuah, "that you call Me 'My Husband,' and no longer call Me "My Ba'al" 9: 10 "...They themselves have gone to Ba'al Pe'or, and separated themselves to shame,..."

**XI and XII** - Under their feudal-system, the BAR-Association has annexed the property and natural persons of the American People through the reprehensible language known as "eminent domain." **The Accused have assumed under eminent domain that they have control of my earnings to do with them what they want.** In addition, the following treasonous statement by the Senate, written in 1933 witnesses the coup against the American form of government and the American People, to wit: "The ultimate ownership of all property is in the state; individual so-called `ownership' is only by virtue of government, i.e., law, amounting to a mere user; and use must be in accordance with law and subordinate to the necessities of the State." - Senate Document No. 43, "Contracts payable in Gold." With this principal of feudal, Nazi, fascist, communist, dictatorship, totalitarian and other such governments the ruling elite control the people through the threat that the corporate government can, and often times do, take the properties of the People if they question or resist the tyranny. Thus, through this concept the Accused can maintain control over any who would speak out against their tyranny.

       Matt. 23: 14 "Woe to you,...hypocrites! Because you eat up widows' houses ...Because of this you shall receive greater judgment."

**XIII and XIV** - With this principal of "eminent domain" well established in systems of government known as feudal, Nazi, fascist, communist, dictatorship, totalitarian and other such governments the ruling elite control the people through the concept that if the people own nothing they have nothing to bargain with and, therefore, have no legitimate position of voting-rights to elect a proper lawful government. Thus, the alleged right to vote becomes a privilege requiring an act of registration. Hence, the people are no more than subjects presenting their wishes and granting the existing de facto government permission by accepting and performing according to the privileges they, the American people, have been granted by the now de facto government. Further, when the corporate government grants someone the privilege to vote by exercising a control of registration, the corporate government becomes the parent-corporation, which means that the human-person seeking permission becomes the child and through an unbeknownst "tacit agreement" loses his/her rights and then agrees through implied-

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 18 of 43

contract to be bound by the corporation and/or foreign government, not by law. In addition, if one attempts to counter the tyranny of the now de facto government he/she would be threatened with the loss of his/her property, or the corporate government would simply **take** the humans property in order to frighten others into submission for fear of losing their properties. Thus, the Accused through the BAR-Association has perpetrated treason and conspired to commit treason through their deliberate actions aforementioned.

Matt 25: 37 – 46 "...for I was hungry and you gave Me no food, I was thirsty and you gave Me no drink, I was a stranger and you did not take Me in, was naked and you did not clothes Me, sick and in prison and you did not visit Me." Do not mistaken this for the greed of gain by the investment these officials bring to said jails and prisons and "courts".

**XV and XVI** - The Seventh-Amendment to the Constitution for the United States of America states, "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law." There is no place where a "jury trial" is authorized in the Constitution, ibid. In the language "jury trial," the word-jury is an adjective modifying the noun-trial. Jury as an adjective means "makeshift." Thus, "jury trial," means a "makeshift trial." The sinister BAR-Association-Attorneys have overthrown the American form of government and the American People by covertly replacing a lawful "trial by jury" in favor of the dictatorial "makeshift trial" in order for them to systematically destroy the liberties of the American people through "Bills of Pains and penalties" and make subjects of the American people.

Luke 11: 46 "And He said, Woe to you also, you learned in the Torah (Law), because you load men with burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers."

**XVII and XVIII** – The present day quasi-Judiciary places on the jury-pools of the grand and petit juries, agents working for the corporate government in order to tamper with the jury. The American People when tried whether civilly or criminally do not get a jury of their peers. The corporate government stacks the juries with "postal workers," agents of the corporation known as "Internal Revenue," police officers, people receiving welfare-payments and, therefore, sensitive to the corporate demands. Hence, through treason and conspiracy to commit treason the Accused tampers with the juries in order to overthrow the American form of government and the American People.

Dani'el 3: 2 "And Sovereign Nebukadnetstar send word to gather together the viceroys, the nobles, and the governors, the counselors, and treasurers, the judges, the magistrates, and all the officials of the provinces, to come to dedication of the image which Sovereign Nebukadnetstsar had set up." Looked at the back of the dollar bill lately?

**XIX and XX** – Statutes are an abrogation of the American "common law," see Uniform Commercial Code § 1-103:6. The Unalienable Rights of the American People come from the Law. Since statutes abrogate the law, they then, in turn, extirpate the rights of the American People. The BAR-Association-Attorneys do not allow law in "their" tribunals which they call courtrooms and, thus, have commandeered the Article III Courts of the Constitution for the United States of America in favor of their Admiralty-tribunals. Furthermore, all federal tribunals are Administrative tribunals, Article I Section 8 [9], "To constitute Tribunals inferior to the supreme Court;" under Admiralty-jurisdiction. Congress through unconstitutional means extended maritime-jurisdiction onto the land in order to overthrow the Constitution for the United States of America, "The committee also alluded to 'the great force' of 'the great constitutional question as to the power of Congress to extend maritime jurisdiction beyond the ground occupied by it at the adoption of the Constitution....'" - H.R. Rep. No. 72 31st Cong., 1st Sess. 2