

ary Cooper &
Martha E. Coo
without prejudice
132 Main Street, 9100-230
Bandera, Texas 78003

7006 0810 0002 2509 3964

5.

Merchant-Gregory C. Langham
U.S. Courthouse
901 – 19th Street
Denver, Colorado 80294-3589

KERRVILLE
TX
JUL.29.06

# 0000024026