IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 AUG -9 PM 1:48

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

Civil Action No. **06-CV-01561-CBS**
(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

Criminal Action No. 06-mj-01111-BNB

MARTHA E. COOPER, a Natural Person, Accuser

    Plaintiff,

v.

THE CORPORATE UNITED STATES, Merchants
MERCHANT WILLIAM J. LEONE,
MERCHANT THOMAS M. O'ROURKE,
MERCHANT JARED E. DWYER,
MERCHANT ANTHONY ROMERO,
MERCHANT GREGORY C. LANGHAM,
MERCHANT SHERLYN K. SAMPSON,
MERCHANT WILLIAM G. PUTNICKI,
MERCHANT MAGISTRATE PAMELA A. MATHY,
MERCHANT MAGISTRATE BOYD N. BOLAND,
MERCHANT JUDITY PATTON,
MERCHANT R. CLARK ADAMS,
MERCHANT MARTIN SHOEMAKER,
MERCHANT DENNIS MONTGOMERY,
MERCHANT JUDGE WILLIAM M. HOEVELER,
MERCHANT JUDGE C. EDWARD STIRMAN,
MERCHANT JUDGE CHRISTINE A. CARNEY,
MERCHANT D.A. TODD A. FIELD, ESQ.,
MERCHAT [sic] SHERIFF ALDERDEN, et al.,
MERCHANT ATTORNEY'S GENERAL JOHN ASHCROFT,
MERCHANT CHIEF JUSTICE REHNQUIST,
GEORGE W. BUSH,
GOVERNOR RICK PERRY,
CHIEF JUSTICE MARY MULLARKY,
MARCHANT [sic] U. S. MARSHAL EDWARD ZAHREN,
MERCHANT U.S. MARSHAL,
MICHAEL W. ROACH, U.S. Marshal,
LAFAYETTE COLLINS,
MERCHANT SHERIFF WILDEN TUCKER,
MERCHANT ATTORNEY GENERAL GREG ABBOTT,

MERCHANT ATTORNEY GENERAL STEVEN W. MAY,
MERCHANT SERGEANT STEVEN (what sounded like) MASON,
MERCHANT TEXAS SECRETARY OF STATE ROBERT WILLIAM,
MERCHANT MARK W. EVERSON, et al.,

Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Martha E. Cooper has filed *pro se* a civil complaint for damages (docket number 26) in **United States v. Cooper**, Criminal Action No. 06-mj-01111-BNB-2, currently pending before the Court. She does not appear to be incarcerated. The clerk of the Court will be directed to commence the instant civil action with a copy of the civil complaint for damages filed in No. 06-mj-01111-BNB-2.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the civil complaint for damages is deficient as described in this order. Ms. Cooper will be directed to cure the following if she wishes to pursue her claims. Any papers that Ms. Cooper files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) __XX__ is not submitted
(2) ___ is not on proper form (must use the court's current form)
(3) ___ is missing original signature by plaintiff/petitioner/applicant
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) XX is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the plaintiff/petitioner/applicant
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the Court commence the instant civil action with a copy of the civil complaint for damages (docket number 26) in *United States v. Cooper*, Criminal Action No. 06-mj-01111-BNB-2, currently pending before the Court. It is

FURTHER ORDERED that Plaintiff Martha E. Cooper cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which Ms. Cooper files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Ms. Cooper, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if Ms. Cooper fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the civil complaint for damages and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that the clerk of the Court filed a copy of this order in Criminal Action No. 06-mj-01111-BNB-2.

DATED at Denver, Colorado, this 9th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01561-CBS

Martha E. Cooper
c/o 1132 Main Street, 9100-230
Bandera, TX 78003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint** to the above-named individuals on 8/9/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk