Austin Gary Cooper, secured party
Without prejudice – c/o
Alleged Registered number #10982-050
Federal Detention Center
9595 W. Quincy Ave.
Littleton, Colorado 80123

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 2 2006

GREGORY C. LANGHAM
CLERK

In the Court of the District of the United States
For the District in Colorado

Alleged-Account-Number; 06-mj-01111
Alleged-Account-Number, 06-mj-0111-BNB
Alleged-Account-Number, 06-mj-0111-BNB-2 or 1, 3 etc.
Alleged-Account-Number; 1:06-cr-00305-REB
Or any maliciously created alleged-account-number.

UNITED STATES OF AMERICA
V.
AUSTIN GARY COOPER, a fiction

Austin Gary Cooper, a natural person, and secured party, Accuser v. United States of America; Merchant-judge-Pamela A. Mathy; Merchant-Gregory C. Langham; Merchant-judge-Robert E. Blackburn; Merchant-Judge-Craig Shaffer; Merchant-William J. Leone; Merchant-Thomas J. O'Rouke; Merchant-Mark W. Everson; Merchant-Jared E. Dwyer; Merchant-Peter D. Menges; Merchant-Anthony R. Merchant-Romero, Et al., Accused.

### Commercial Affidavit of Facts
Addendum

I, Austin Gary Cooper, sui juris, natural person and secured party, do hereby state and declare the following:
With all due respect that the time was not completed for the hereby names and addresses as for which this "Commercial Affidavit of Facts" is to be sent to, is hereby now being commenced to inform the said Accused of their criminal actions. Shemoth (Ex) 23: 7 "…for I (Yahuah of Hosts is His Name.) do not declare the wrong right."

Certificate of Service and Interested Parties
I, Austin Gary Cooper, being one with my wife, Martha E. Cooper, and I, Martha E. Cooper, do hereby certify that the forgoing "Commercial Affidavit of Facts" is served by certified mail, return receipt requested to Merchants: Gregory C. Langham and Robert E. Blackburn, and by regular mail to the other said parties on this the: __15__ (Day) __9__ (Mo) :2006: C.E.
1.   Merchant-Gregory C. Langham

U.S. Courthouse
901-19th Street
Denver, Colorado 80294-3589
Cert. Mail # 7005 0390 0005 2429 6075

2. Merchant Robert E. Blackburn
C/o U.S. Courthouse       Austin Gary Cooper – Commercial Affidavit of Facts– Page 15– 16
901-19th Street
Denver, Colorado 80294-3589
Cert. Mail # 7005 0390 0005 2429 6082

And now the remains:

9. Merchant-Sherlyn K. Sampson, Clerk
Larimer County Justice Center
201 LaPorte Avenue, Suite 100
Fort Collins, Co 80521-2761

10. Merchant-William G. Putnicki
U.S. District Clerk's Office
655 Durango Blvd., Room G65
San Antonio, Texas 78206

11. Merchant-Pamela A. Mathy
U.S. Courthouse
655 East Durango Blvd.
San Antonio, Texas 78206

12. Merchant-Judge Boyd N. Boland
U.S. Courthouse
901-19th Street Room A-401
Denver, Colorado, 80294-3589

13. Merchant-Judith Patton AUSA
601 N.W. Loop 410 Ste 600
San Antonio, Texas 78211

14. Merchant-R. Clark Adams PRO Att.
Federal Public Defender Blvd.
727 E. Durango Blvd
San Antonio, Texas 78206

15. Colorado Supreme Court
Attorney Registration
Dominion Plaza Building
1560 Broadway #1800
Denver, Colorado 80202

16. Merchant-Sheriff Welden Tucker
P.O. Box 607
Bandera, Texas 78003

17. Merchant-Martin Shoemaker       Austin Gary Cooper – Commercial Affidavit of Facts-Addendum– Page 2 of 4
P.O. Box 7238

        555 4th Street, N.W. Room 8921
        Washing D.C. 20044

18.   Merchant-Attorney's General John Ashcroft
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington D.C. 20530-0001

19.   Merchant-Dennis Montgomery
      208 N. 5th Street, Suite B
      Norfolk, NE 68701

20.   Merchant-Judge William M. Hoeveler
      301 N. Miami Ave, 9th Floor
      Miami, Fl 33128

21.   George W. Bush
      Executive Office of the President
      1600 Pennsylvania Ave, N.W.
      Washington D.C. 20500

22.   Governor Rick Perry
      Governor Building
      P.O. Box 13246
      Austin Texas 78701

23.   Chief Justice Mary Mullarky
      Chief Justice of the Supreme Tribunal
      435 Judicial Building
      Denver, Co 80203

24.   The BAR ASSOCIATION
      A subsidiary of the Templar BAR
      740 15th Street, N.W.
      Washington D.C. 20005-1019

25.   Merchant-Judge C. Edward Stirman
      Larimer County Justice Center
      201 LaPorte Ave, Suite 100
      Fort Collins, Colorado 80521-2761

26.   Merchant-Judge Christine A. Carney
      Larimer County (Loveland)
      810 East 10th Street, Suite 110
      Loveland, Co 80537-4942

27.   Merchant-D.A. Todd A. Field, Esq.
      Larimer County Justice Center
      201 LaPorte Ave #200
      Fort Collins, Co 80521-2763

28.   Merchant-U.S. Marshal: Edward Zahren
      U.S. Courthouse

       1929 Stout Street, Room C-324
       Denver, CO 80294

29. Merchant-U.S. Marshal: Michael W. Roach
U.S. Courthouse
200 N.W. 4th Street, Room 2418
Oklahoma City, OK 73102

30. Merchant-U.S. Marshal: LaFayette Collins
U.S. Courthouse
655 E. Durango Boulevard, Room 235
San Antonio, TX 78206

31. Merchant-Attorney General-Greg Abbott
P.O. Box 12548
Austin, Texas 78711-2548

32. Merchant-Attorney General-Steven W. May
P.O. Box 12548
Austin, Texas 78711-3548

33. Merchant-Sergeant-Steven Mason
c/o Attorney's-General-Office
P.O. Box 12548
Austin, Texas 78711-2548

34. Merchant-Sheriff Jim Alderden
2501 Midpoint Drive
Fort Collins, CO 80525

35. Merchant-Texas-Secretary of State-Robert William
Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193

36. Merchant-Mark W. Everson
Commissioner of Internal Revenue
1111 Constitution Ave N.W.
Washington D.C. 20224

_____ secured party
Martha E. Cooper

---

[1] These alleged cases are used by me "without prejudice" and "without dishonor" confer no jurisdiction by this tribunal or any other.

CC: all