Martha E. Coper
Austin Gary Cooper
Without prejudice – c/o
1132 Main Street
9100- #230
Bandera, Texas 77003

UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 13 2006

GREGORY C. LANGHAM
CLERK

### The Texas-State
### In the City known as Bandera
### In the County of Bandera

Alleged-Account-Number; 06mj01111
Alleged-Account-Number, 06-mj-0111-BNB
Alleged-Account-Number, 06-mj-0111-BNB-2 or 1, 3, 4, 5 etc.,
Or any maliciously created alleged-account-number.

STATE OF TEXAS, a Corporation; COUNTY OF BANDERA, a Corporation;    Martha E. Cooper, a natural person, Accuser v. The Corporate United States, Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Merchant-Jared E. Dwyer, Merchant-Anthony Romero, Merchant-Gregory C. Langham , Merchant-Sherlyn K. Sampson, Merchant-William G. Putnicki, Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland, Merchant-Judith Patton, Merchant-R. Clark Adams, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, and every and all said merchant-Judges therein having any connection with said Austin Gary and or Martha E. Cooper;
Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden,
Merchant-Attorney's General John Ashcroft, Merchant-Chief Justice Rehnquist, George W. Bush, Governor Rick Perry, Chief Justice Mary Mullarky, , Merchant-U.S. Marshal: Edward Zahren, Merchant-U.S. Marshal: Michael W. Roach, U.S. Marshal: LaFayette Collins Merchant-Sheriff Wilden Tucker, Merchant-Attorney General-Greg Abbott, Merchant-Attorney General-Steven W. May, Merchant-Sergeant-Steven  Mason, Merchant-Texas-Secretary of State- Robert William, Merchant-Mark W. Everson, et al.  Said tacit will become 'acquiesce', for such ethics have been violated and conclude that they, willfully and conscientiously desire to become the Accused.

Martha E. Cooper, a natural person, Accuser v. State of Texas, a Corporation; City of San Antonio, a Corporation; State of Colorado, a Corporation, City of Denver, a Corporation; The Corporate United States, Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Merchant-Jared E. Dwyer, Merchant-Anthony Romero, Merchant-Gregory C. Langham , Merchant-Sherlyn K. Sampson, Merchant-William G. Putnicki, Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland, Merchant-Judith Patton, Merchant-R. Clark Adams, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery, Merchant-Judge William M. Hoeveler, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, (et al. which means) and every and all said merchant-Judges therein having any connection willfully or otherwise with said Austin Gary Cooper and or Martha E. Cooper;
Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden,
Merchant-Attorney's General John Ashcroft, Merchant-Chief Justice Rehnquist, George W. Bush,

Governor Rick Perry, Chief Justice Mary Mullarky, , Merchant-U.S. Marshal: Edward Zahren, Merchant-U.S. Marshal: Michael W. Roach, U.S. Marshal: LaFayette Collins Merchant-Sheriff Wilden Tucker, Merchant-Attorney General-Greg Abbott, Merchant-Attorney General-Steven W. May, Merchant-Sergeant-Steven Mason, Merchant-Texas-Secretary of State- Robert William, Merchant-Mark W. Everson, et al.

## Notice of Default

**For the Record**:

Comes Now Martha E. Cooper, Sui Juris, Appearing Specially, Not Generally Or Voluntarily, In propria persona (my natural person), disputing jurisdiction of this tribunal, and filing this "**Notice of Default**." In support, I state the following:

On the 27th, of the Seventh month of 2006 C.E. I sent for filing into "The Texas-State, In the Municipal Court of the City known as San Antonio, and City known as Denver, Colorado, Alleged-Account-Number; 06mj01111, Alleged-Account-Number, 06-mj-0111-BNB, Alleged-Account-Number, 06-mj-0111-BNB-2 or 1, 3, 4, 5 etc., Or any maliciously created alleged-account-number, a counterclaim entitled <u>Civil Complaint for Damages; Formal and Constructive Notice; Criminal Complaint with Bill of Particulars, and an "Information" in a Criminal Case; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused herein listed. I hereby charge and support the crimes by the Accused of: Treason times thirty-one (31) counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties Racketeering through false conveyance of language; Falsification of documents and Fraud by deception. Malfeasance of officers, Malicious abuse of legal process; Declaration of Acquiescence by the Accused</u>

These documents were sent to Merchant-William G. Putnicki, Court-Clerk, Certified mail-# <u>7006 0810 0002 2509 3988</u>; Merchant-Gregory C. Langham, Court-Clerk, Certified mail-# <u>7006 0810 0002 2509 3964</u>; Merchant-Sherlyn K. Sampson, Court-Clerk, Certified mail-# <u>7006 0810 0002 2509 3971</u>; Merchant-William J. Leone, City Attorney, Certified mail-# <u>7005 0390 0005 2429 1360</u>; Merchant-Thomas M. O'Rourke, City Attorney, Certified mail-# <u>7005 0390 0005 2429 1377</u>; Merchant-Jared E. Dwyer, Certified mail-# <u>7005 0390 0005 2429 1384</u>; Merchant-Anthony Romero, IRS Agent, Certified mail-# <u>7005 0390 0005 2429 1391</u>; Merchant-Magistrate-Pamela A. Mathy, Certified mail-# <u>7005 0390 0005 2429 1407</u>; Merchant-Judge-Boyd N. Boland, Certified mail-# <u>7005 0390 0005 2429 1414</u>; Merchant-Attorney-Judith Patton, Certified mail-#<u>7005 0390 0005 2429 1469</u>; Merchant-Attorney-R. Clark Adams, Certified mail-# <u>7005 0390 0005 2429 1476</u>; Merchant-Sheriff-Welden Tucker, Ground mail; Merchant-Martin Shoemaker, Certified mail-#<u>7005 0390 0005 2429 1483</u>; Merchant-Attorney's General-John Ashcroft, Ground mail; Merchant-Chief Justice Rehnquist-deceased; Merchant-Dennis Montgomery, Certified mail-# <u>7005 0390 0005 2429 1490</u>; Merchant-Judge-William M.Hoeveler, Certified mail-# <u>7005 0390 0005 2429 1421</u>; George W. Bush, Ground mail; Govenor Rick Perry, Ground mail; Chief Justice Mary Mularky, Ground mail; Copy to Austin Gary Cooper, Mail was forbidden him, "Mail Fraud"; The BAR ASSOCIATION, Ground mail; Merchant-Judge-C. Edward Stirman,

Certified mail-# 7005 0390 0005 2429 1438; Merchant-Judge Christine A. Carney, Certified mail-# 7005 0390 0005 2429 1445; Merchant-D.A.-Todd A. Field, Esq., Certified mail-# 7005 0390 0005 2429 1452; Merchant-U.S. Marshal: Edward Zahren, Ground mail; Merchant-U.S. Marshal: Michael W. Roach, Ground mail; Merchant-U.S. Marshal: LaFayette Collins, Ground mail; Merchant-Attorney General-Greg Abbott, Ground mail; Merchant-Attorney General-Steven W. May, Ground mail; Merchant-Sergeant-Steven Mason, Ground mail; Merchant-Sheriff Jim Alderden, Certified mail-# 7005 0390 0005 2429 1506; Merchant-Texas-Secretary of State-Robert William, Ground mail; Merchant-Mark W. Everson, Ground mail; et al. Hence, I sent for filing an "**Amended Waiver of Perjury-Immunity**" to all said parties, and no one objected. All parties signed for the mail by their representative(s) and/or registered-agent dated "8-01-06 – 8-6-06" and the receipts were delivered to me by the workers of the Post-Office. No objections or denials were filed. The Accused had ample time to refute the facts and Counterclaim, the Affidavit, the Notice of Surety-Act and Bond, and the Bill for the Debt but voluntarily choose to acquiesce.

On the 25th of the Eighth month of 2006 C.E. I sent to be filed into this case a "Declaration of Acquiescence and Settlement-Offer" to the following Accused: Merchant-William G. Putnicki, Court-Clerk, Certified mail-# 7005 0390 0005 2429 5979; Merchant-Gregory C. Langham, Court-Clerk, Certified mail-# 7005 0390 0005 2429 5993; Merchant-Sherlyn K. Sampson, Court-Clerk, Certified mail-# 7005 0390 0005 2429 5986; Merchant-William J. Leone, City Attorney, Certified mail-# 7005 0390 0005 2429 6037; Merchant-Thomas M. O'Rourke, City Attorney, Certified mail-# 7005 0390 0005 2429 6020; Merchant-Jared E. Dwyer, Certified mail-# 7005 0390 0005 2429 6013; Merchant-Anthony Romero, IRS Agent, Certified mail-# 7005 0390 0005 2429 6006; Merchant-Magistrate-Pamela A. Mathy, Certified mail-# 7005 0390 0005 2429 5962; Merchant-Judge-Boyd N. Boland, Certified mail-# 7005 0390 0005 2429 5955; Merchant-Attorney-Judith Patton, Certified mail-#7005 0390 0005 2429 5948; Merchant-Attorney-R. Clark Adams, Certified mail-# 7005 0390 0005 2429 5931; Merchant-Sheriff-Welden Tucker, Certified mail-# 7005 0390 0005 2429 5917; Merchant-Martin Shoemaker, Certified mail-#7005 0390 0005 2429 5900; Merchant-Attorney's General-John Ashcroft, Certified mail-# 7005 0390 0005 2429 5894; Merchant-Chief Justice Rehnquist-deceased; Merchant-Dennis Montgomery, Certified mail-# 7005 0390 0005 2429 6198; Merchant-Judge-William M.Hoeveler, Certified mail-# 7005 0390 0005 2429 6181; George W. Bush, Certified mail-# 7005 0390 0005 2429 6174; Govenor Rick Perry, Certified mail-# 7005 0390 0005 2429 6150; Chief Justice Mary Mularky, Certified mail-# 7005 0390 0005 2429 6167; Copy to Austin Gary Cooper, Certified mail-# 7005 0390 0005 2429 6151; The BAR ASSOCIATION, Certified mail-# 7005 0390 0005 2429 6143; Merchant-Judge-C. Edward Stirman, Certified mail-# 7005 0390 0005 2429 6136; Merchant-Judge Christine A. Carney, Certified mail-# 7005 0390 0005 2429 6129; Merchant-D.A.-Todd A. Field, Esq., Certified mail-# 7005 0390 0005 2429 6297; Merchant-U.S. Marshal: Edward Zahren, Certified mail-# 7005 0390 0005 2429 6280; Merchant-U.S. Marshal: Michael W. Roach, Certified mail-# 7005 0390 0005 2429 6273; Merchant-U.S. Marshal: LaFayette Collins, Certified mail-# 7005 0390 0005 2429 6266; Merchant-Attorney General-Greg Abbott, Certified mail-# 7005 0390 0005 2429 6259; Merchant-Attorney General-Steven W. May, Certified mail-# 7005 0390 0005 2429 6242; Merchant-Sergeant-Steven Mason, Certified mail-# 7005 0390 0005 2429 6235; Merchant-Sheriff Jim Alderden, Certified mail-# 7005 0390 0005 2429 6228; Merchant-Texas-Secretary of State-Robert William, Certified mail-# 7005 0390 0005 2429 6211; Merchant-Mark W. Everson, Certified mail-# 7005 0390 0005 2429 6204; et al. All parties signed for the mail by their representative(s) and/or registered-agent dated "8-28-06 – 9-6-06" and the receipts were delivered to me by the workers of the Post-Office. The Accused were given to restitute with said

crimes till this document of 10-5, 2006 C.E  However, the Accused has supported by their actions that there is no honesty or integrity in their character and that they are not Law-abiding People, **for such ethics have been violated and conclude that they, willfully and conscientiously desire to become partners in crime.**

_____ secure party
Martha E. Cooper

### Affirmation

I, Martha E. Cooper, signing also for husband, Austin Gary Cooper, since we are "one" under Father Yahuah, Yahuah of Host is His Name, since tyranny does not allow him his rights to do so himself, do hereby affirm that the foregoing "Notice of Default" is true, accurate and correct to the best of our knowledge, information and belief. (See attachment).

_____ secured party
Martha E. Cooper

Texas-State          :
Bandera-County   : asv.
Bandera-City        :

Subscribed and sworn to before me this __5__ day of __October__ month, 2006 C.E.

My Commission Expires: __July 29, 2009__      _____
                                                                        Notary-Public

Seal



ELIZABETH N MARTIN
My Commission Expires
July 29, 2009

### Certificate of Service and Interested Parties

I Hereby Certify that the foregoing "Notice of Default" was sent certified mail, return receipt requested to be filed into the alleged-account(s)-number supra, on this the __5__ day of __10__ month, 2006 C.E., to:

1. Merchant-William J. Leone
   U.S. Attorney's Office
   1225 17th Street, Suite 700
   Denver, Colorado, 80202
   Cert mail-# __7006 0810 0006 4781 9456__

2. Merchant-Thomas M. O'Rourke

Martha E. Cooper – Notice of Default – Page 4 of 8

U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Cert mail-# 7006 0810 0006 4782 3828

3. Merchant-Jared E. Dwyer
Tax Division
601 D. Street, N.W.
Washington, DC 20044
Cert mail-# 7006 0810 0006 4782 3835

4. Merchant-Anthony Romero
IRS Agent
12600 W. Colfax Ave, #C300
Lakewood, Colorado 80215
Cert mail-# 7006 0810 0006 4782 9265

5. Merchant-Gregory C. Langham
U.S. Courthouse
901 – 19th Street
Denver, Colorado 80294-3589
Overnight mail-# 7006 0810 0006 4781 9258

6. Merchant-Sherlyn K. Sampson, Clerk
Larimer County Justice Center
201 LaPorte Avenue, Suite 100
Fort Collins, Co 80521-2761
Cert. Mail # 7006 0810 0006 4781 9241

7. Merchant-William G. Putnicki
U.S. District Clerk's Office
655 Durango Blvd., Room G65
San Antonio, Texas 78206
Cert mail-# 7006 0810 0006 4781 9449

8. Merchant-Pamela A. Mathy
U.S. Courthouse
655 East Durango Blvd.
San Antonio, Texas 78206
Cert. # 7006 0810 0006 4781 9432

9. Merchant-Judge Boyd N. Boland
U.S. Courthouse
901-19th Street Room A-401
Denver, Colorado, 80294-3589
Overnight Mail# 7006 0810 0006 4781 9425

10. Merchant-Judith Patton AUSA
601 N.W. Loop 410 Ste 600
San Antonio, Texas 78211
Cert. # 7006 0810 0006 4781 9418

11. Merchant-R. Clark Adams PRO Att.
    Federal Public Defender Blvd.
    727 E. Durango Blvd
    San Antonio, Texas 78206
    Cert. # 7006 6810 0006 4781 9401

12. Colorado Supreme Court
    Attorney Registration
    Dominion Plaza Building
    600 17th Street, Suite 205-South
    Denver, Colorado 80202
    Cert #: 7006 0810 0006 4781 9395

13. Merchant-Sheriff Wilden Tucker
    P.O. Box 607
    Bandera, Texas 78003
    Cert mail-# 7006 0810 0006 4781 9388

14. Merchant-Martin Shoemaker
    P.O. Box 7238
    555 4th Street, N.W. Room 8921
    Washing D.C. 20044
    Cert. Mail # 7006 0810 0006 4781 9371

15. Merchant-Attorney's General John Ashcroft
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington D.C. 20530-0001
    Cert. Mail # 7006 0810 0006 4781 9364

16. Merchant-Chief Justice Rehnquist
    Supreme Tribunal –
    U.S. Supreme Court Building
    1 First Street N.E.
    Washington D.C. 20543
    Cert. Mail # deceased   n/a

17. Merchant-Dennis Montgomery
    208 N. 5th Street, Suite B
    Norfolk, NE 68701
    Cert. Mail # 7006 0810 0006 4781 9357

18. Merchant-Judge William M. Hoeveler
    301 N. Miami Ave, 9th Floor
    Miami, Fl 33128
    Cert. Mail # 7006 0810 0006 4781 9340

19. George W. Bush
    Executive Office of the President
    1600 Pennsylvania Ave, N.W.
    Washington D.C. 20500
    Cert. Mail # 7006 0810 0006 4781 9333

20. Governor Rick Perry
    Governor Building
    P.O. Box 13246
    Austin Texas 78701
    Cert. Mail # 7006 0810 0006 4781 9326

21. Chief Justice Mary Mullarky
    Chief Justice of the Supreme Tribunal
    435 Judicial Building
    Denver, Co 80203
    Cert. Mail # 7006 0810 0006 4781 9319

22. Federal Detention Center – without prejudice and without dishonor for:
    Inmate: Austin Gary Cooper, secured party - # 10982 - 050
    9595 W. Quincy Ave
    Littleton, Colorado 80123
    Cert. Mail # 7006 0810 0006 4781 9302

23. The BAR ASSOCIATION
    A subsidiary of the Templar BAR
    740 15th Street, N.W.
    Washington D.C. 20005-1019
    Cert. Mail # 7006 0810 0006 4781 9296

24. Merchant-Judge C. Edward Stirman
    Larimer County Justice Center
    201 LaPorte Ave, Suite 100
    Fort Collins, Colorado 80521-2761
    Cert. Mail # 7006 0810 0006 4781 9289

25. Merchant-Judge Christine A. Carney
    Larimer County (Loveland)
    810 East 10th Street, Suite 110
    Loveland, Co 80537-4942
    Cert. Mail # 7006 0810 0006 4781 9272

26. Merchant-D.A. Todd A. Field, Esq.
    Larimer County Justice Center
    201 LaPorte Ave #200
    Fort Collins, Co 80521-2763
    Cert. Mail # 7006 0810 0006 4781 9555

27. Merchant-U.S. Marshal: Edward Zahren
    U.S. Courthouse
    1929 Stout Street, Room C-324
    Denver, CO 80294
    Cert. Mail # 7006 0810 0006 4781 9548

29. Merchant-U.S. Marshal: Michael W. Roach
    U.S. Courthouse
    200 N.W. 4th Street, Room 2418
    Oklahoma City, OK 73102
    Cert. Mail # 7006 0810 0006 4781 9531

30. Merchant-U.S. Marshal: LaFayette Collins
    U.S. Courthouse
    655 E. Durango Boulevard, Room 235
    San Antonio, TX 78206
    Cert. Mail # 7006 0810 0006 4781 9524

31. Merchant-Attorney General-Greg Abbott
    P.O. Box 12548
    Austin, Texas 78711-2548
    Cert. Mail # 7006 0810 0006 4781 9517

32. Merchant-Attorney General-Steven W. May
    P.O. Box 12548
    Austin, Texas 78711-3548
    Cert. Mail # 7006 0810 0006 4781 9500

33. Merchant-Sergeant-Steven (~~illegible~~) Mason
    c/o Attorney's-General-Office
    P.O. Box 12548
    Austin, Texas 78711-2548
    Cert. Mail # 7006 0810 0006 4781 9494

34. Merchant-Sheriff Jim Alderden
    2501 Midpoint Drive
    Fort Collins, CO 80525
    Cert. Mail # 7006 0810 0006 4781 9487

35. Merchant-Texas-Secretary of State-Robert William
    Uniform Commercial Code
    P.O. Box 13193
    Austin, Texas 78711-3193
    Cert. Mail # 7006 0810 0006 4781 9470

36. Merchant-Mark W. Everson
    Commissioner of Internal Revenue
    1111 Constitution Ave N.W.
    Washington D.C. 20224
    Cert. Mail # 7006 0810 0006 4781 9463

_____ secured party
Martha E. Cooper

---

[1] These alleged cases are used by me "without prejudice" and "without dishonor" confer no jurisdiction by this tribunal or any other. In the Name of Yahushua Messiah our Savior.

Attachment

Power of Authority
In the Nature of a "Power of Attorney"

I, Austin Gary Cooper, being of sound mind and body do hereby grant to my wife, Martha E. Cooper, absolute power of authority over my business and/or personal dealings and affairs, including, but not limited to, endorsements of all checks, money-orders and bank-drafts.

_____
Austin Gary Cooper

Colorado-State    :
                  : ss/asv
Larimer-County    :

Subscribed and sworn to before me this 29th day of March 2004, C.E.

My Commission Expires: February 23, 2005    _____
                                              Notary-Public

Seal 

I, Martha E. Cooper, do hereby accept this power of authority in the nature of a "Power of Attorney."

_____
Martha E. Cooper

Colorado-State    :
                  : ss/asv
Larimer-County    :

Subscribed and sworn to before me this 1 day of April 2004, C.E.

My Commission Expires: 9-24-2007    _____
                                      Notary-Public

Seal


DAVID T. BARAN
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 9/24/2007