

Merchant-Gregory C. Langham
U.S. Courthouse
901 – 19th Street
Denver, Colorado   80294-3589

7006 0810 0006 4781 9258

KERRVILLE
TX
OCT -6.06

# 0000029171

POSTALIA
05.1