IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-mj-1111-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MARTHA E. COOPER,

    Defendant.

---

GOVERNMENT'S MOTION TO DISMISS

---

    The United States of America, by and through Assistant United States Attorney Thomas M. O'Rourke, moves to dismiss the Information as it relates to the defendant Martha E. Cooper.

    As grounds for this motion, the government states as follows:

    1.  The Information, which was filed in this case on May 24, 2006, charged Martha E. Cooper and a co-defendant, Austin Gary Cooper, with contempt of court in violation of Title 18, United States Code, Section 401(3).  Doc. 1.

    2.  On October 24, 2006, Austin Gary Cooper was convicted at a bench trial and was sentenced to six months in prison.  Doc. 61 at 6, doc. 62 at 2, doc. 64 at 2.

3.  A warrant for the arrest of Martha E. Cooper was issued on July 11, 2006, doc. 22, but she has not been found.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By: s/*Thomas M. O'Rourke*
Thomas M. O'Rourke
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0209
Facsimile: 303-454-0402
E-mail:  thomas.o'rourke@usdoj.gov
Attorney for the United States