IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-mj-1111-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  MARTHA E. COOPER,

    Defendant.

---

### ORDER

---

The Court, having considered the Government's Motion to Dismiss, hereby orders that the Information as it relates to the defendant Martha E. Cooper is dismissed.

Dated at Denver, Colorado, this _____ day of _____ 2011.

BY THE COURT:

_____
Robert E. Blackburn
Judge
United States District Court