IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-mj-1111-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. MARTHA E. COOPER,

    Defendant.

## ORDER

The Court, having considered the Government's Motion to Dismiss, hereby orders that the Information as it relates to the defendant Martha E. Cooper is dismissed. (*)

Dated at Denver, Colorado, this 5Th day of April 2011.

(*) And The motion (DN. 33) is Granted. Any outstanding warrant for Defendant Martha E. Cooper in this case are ordered quashed.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO